B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Circle K Furniture, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-3070297** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**239-4 Jones Rd.**<br>**Jacksonville, FL**<br>ZIP Code **32220** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Duval** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☑ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                      Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Circle K Furniture, LLC** | |
|---|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Circle K Furniture - Avenues, LLC** | Case Number: | Date Filed: |
| District:<br>**Middle District of FL, Jacksonville Division** | Relationship:<br>**Affiliate** | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)            (Date) |

| Exhibit C |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| Exhibit D |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| Information Regarding the Debtor - Venue<br>(Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| Certification by a Debtor Who Resides as a Tenant of Residential Property<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br><br>    _____<br>    (Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13) | Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Circle K Furniture, LLC**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
| --- | --- |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X ~~(signature)~~
Signature of Attorney for Debtor(s)

**Bradley R. Markey 0984213**
Printed Name of Attorney for Debtor(s)

**Stutsman Thames & Markey, PA**
Firm Name

**50 North Laura Street
Suite 1600
Jacksonville, FL 32202**
Address

Email: ab@stmlaw.net
**904-358-4000  Fax: 904-358-4001**
Telephone Number

11|19|13
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ~~(signature)~~
Signature of Authorized Individual

**Joseph G. Lantigua, Executor of Estate of Jose Lantigua,**
Printed Name of Authorized Individual

**Sole Member of Lantigua Holdings, LLC, Debtor's Sole Member**
Title of Authorized Individual

**11-19-13**
Date

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Circle K Furniture, LLC**                        Case No. _____

                                   Debtor              Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 245,302.85 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 11,934.69 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 27 | | 4,687,223.07 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 11 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 47 | | | |
| Total Assets | | | 245,302.85 | | |
| Total Liabilities | | | | 4,699,157.76 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Circle K Furniture, LLC**

Case No. _____

Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Circle K Furniture, LLC**                                                        Case No. _____

                                         Debtor                          ,

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Circle K Furniture, LLC**                                                    Case No. _____
_____,
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Synovus Bank Pro Business Checking Account No. 1000601433 [balance as of 10/16/2013] [account frozen due to Florida Dept. of Revenue levy]** | - | 328.78 |
| | | **Synovus Bank Pro Business Checking Account No. 1002819553 [balance as of 10/16/2013] [account frozen due to Florida Dept. of Revenue levy]** | - | 4,174.99 |
| | | **Florida Capital Bank Small Business Tithe Account No. 43044 [balance as of 04/30/2013] [co-owner - affiliate, Circle K Furniture - Avenues, LLC]** | - | 574.82 |
| | | **Florida Capital Bank Small Business Sales Tax Account No. 3468 [co-owner - affiliate, Circle K Furniture - Avenues, LLC] [offset by Florida Capital Bank, N.A.]** | - | 0.00 |
| | | **Florida Capital Bank Small Business Account No. xxxx.11347 [offset by Florida Capital Bank, N.A.]** | - | 0.00 |
| | | **Florida Capital Bank Small Business Money Market Account No. ▉▉▉▉ [offset by Florida Capital Bank, N.A.]** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 5,078.59 |
| (Total of this page) | |

 **3**    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Circle K Furniture, LLC**                                          Case No. _____
_____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Travelers Property and Casualty Insurance Policy [no longer in place]** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Net sales proceeds due from Planned Furniture Promotions, Inc. [co-owner - affiliate, Circle K Furniture - Avenues, LLC] [PFP not responding]** | - | **Unknown** |
| | | **Accounts receivable due from American Furniture Industries, LLC [uncollectible] [co-owner - affiliate, Circle K Furniture - Avenues, LLC]** | - | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

|  |  |
|---|---:|
| Sub-Total > | 0.00 |
| (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Circle K Furniture, LLC**                                         Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Retainer currently being held by Milam Howard Nicandri Dees & Gillam, P.A. [balance as of 02/28/2013] | - | 692.88 |
| | | Amounts due from William Crumbley [undeposited check dated 03/06/2013] | - | 130.00 |
| | | Amounts due from Travelers Property Casualty [undeposited check dated 05/29/2013] | - | 4,448.62 |
| | | Amounts currently being held in Stutsman Thames & Markey, P.A. Trust Account [balance as of 10/07/2013] [co-owner - affiliate, Circle K Furniture - Avenues, LLC] | - | 226,002.76 |
| | | Amounts due from Jason Provencher for purchase of trailer | - | 700.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claim against Peak 10 Data Center Solutions [co-owner - affiliate, Circle K Furniture - Avenues, LLC] | - | 6,250.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Retail Store Business License No. 178861 | - | 0.00 |
| | | Public Service or Repair Business License No. 13834 | - | 0.00 |

|  | Sub-Total > | 238,224.26 |
|---|---|---|
| | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Circle K Furniture, LLC**                                              ,          Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computers, software, etc. | - | 1,000.00 |
| | | Fixtures, equipment, shelving and lifts | - | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 2,000.00 |
|---|---|---|
|  | (Total of this page) |  |
|  | Total > | 245,302.85 |

Sheet __3__ of __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Circle K Furniture, LLC**                                    ,          Case No. _____

                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☒  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

**0**  continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re      **Circle K Furniture, LLC**                                              Case No. _____
_____,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>    1    </u>   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Circle K Furniture, LLC**                                      Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Duval County Tax Collector** 231 E. Forsyth St. Jacksonville, FL 32202 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Sales and use taxes | | | | | | |
| **FL Dept. of Revenue** 5050 W. Tennessee St. Tallahassee, FL 32399 | X | - | | X | X | | 11,934.69 | 0.00 | 11,934.69 |
| Account No. | | | | | | | | | |
| **FL Dept. of Revenue** Lake City Service Center 1401 W. US Hwy. 90, #100 Lake City, FL 32055-6123 | | | FL Dept. of Revenue | | | | Notice Only | | |
| Account No. | | | | | | | | | |
| **FL Dept. of State** Clifton Building 2661 Executive Center Dr. Tallahassee, FL 32301 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19101-7346 | | - | | | | | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Sheet _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | 11,934.69 | 11,934.69 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | 11,934.69 | 11,934.69 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Circle K Furniture, LLC**                                              Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1039** | | | [Circle K Furniture - Avenues, LLC] | | | | |
| **Advanced Disposal Services** P.O. Box 791404 Baltimore, MD 21279-1404 | X | - | | X | X | X | 1,065.91 |
| Account No. **2072** | | | [Circle K Furniture - Avenues, LLC] | | | | |
| **Albany Industries** c/o Coface Collections North Ameri 2400 Veterans Blvd., #300 Kenner, LA 70062 | X | - | | X | X | X | 5,925.00 |
| Account No. | | | | | | | |
| **Sprechman & Associates, P.A.** 2775 Sunny Isles Blvd., #100 North Miami Beach, FL 33160 | | | Albany Industries | | | | Notice Only |
| Account No. **1098** | | | [Circle K Furniture - Avenues, LLC] | | | | |
| **Alexander Degance Barnett** 225 Water St., #1200 Jacksonville, FL 32202 | X | - | | X | X | X | 6,404.09 |
| **_26_** continuation sheets attached | | | Subtotal (Total of this page) | | | | 13,395.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Circle K Furniture, LLC**
_____
                              Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2002 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| American Express P.O. Box 650448 Dallas, TX 75265-0448 | X | - | | X | X | X | Unknown |
| Account No. 4447 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| American West Worldwide Express c/o Sprechman & Associates, P.A. 2775 Sunny Isles Blvd., #100 North Miami Beach, FL 33160-4007 | X | - | | X | X | X | 944.58 |
| Account No. 4542 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| AMSCAN, Inc. c/o DAL, Inc. P.O. Box 162 Clifton Heights, PA 19018 | X | - | | X | X | X | 1,104.60 |
| Account No. 3742 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Armchem International Corp. c/o Transworld Systems, Inc. 507 Prudential Rd. Horsham, PA 19044 | X | - | | X | X | X | 1,202.06 |
| Account No. 7387 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Aspen Home 601 N. 75th Ave. Phoenix, AZ 85043 | X | - | | X | X | X | 2,649.49 |

Sheet no. __1__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **5,900.73**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Circle K Furniture, LLC**                                  Case No. _____
                                                    _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **4148** | | | [Circle K Furniture - Avenues, LLC] | | | | | |
| **AT&T**<br>**P.O. Box 6463**<br>**Carol Stream, IL 60197-6463** | X | - | | | X | X | X | 112.31 |
| Account No. **1391** | | | [Circle K Furniture - Avenues, LLC] | | | | | |
| **Ayr1**<br>**c/o Lida Business Solutions**<br>**450 Sunrise Hwy., #201**<br>**PA 15570** | X | - | | | X | X | X | 499.00 |
| Account No. | | | [Circle K Furniture - Avenues, LLC] | | | | | |
| **BB&T Commercial Finance**<br>**c/o Williams & Williams**<br>**P.O. Box 34307**<br>**Louisville, KY 40232** | X | - | | | X | X | X | 27,137.78 |
| Account No. **1550** | | | [Circle K Furniture - Avenues, LLC] | | | | | |
| **Best Chairs, Inc.**<br>**1195 Solutions Center**<br>**Chicago, IL 60677-1001** | X | - | | | X | X | X | 20,730.70 |
| Account No. **5819** | | | [Circle K Furniture - Avenues, LLC] | | | | | |
| **Best Chairs, Inc.**<br>**1195 Solutions Center**<br>**Chicago, IL 60677-1001** | X | - | | | X | X | X | 983.00 |

Sheet no. __2__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    49,462.79

B6F (Official Form 6F) (12/07) - Cont.

In re    Circle K Furniture, LLC                                              Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Branch Group, Inc. d/b/a Rexel<br>c/o D&D, Ltd.<br>13809 Research Blvd., #800<br>Austin, TX 78750 | X | - | [Circle K Furniture - Avenues, LLC] | | | | X | X | X | 591.61 |
| Account No. 4744<br><br>Brandon Pest Control<br>2941 Dawn Rd.<br>Jacksonville, FL 32207 | X | - | [Circle K Furniture - Avenues, LLC] | | | | X | X | X | 684.30 |
| Account No.<br><br>Broyhill Furniture Industries<br>P.O. Box 417739<br>Boston, MA 02241-7739 | X | - | [Circle K Furniture - Avenues, LLC] | | | | X | X | X | 109,836.78 |
| Account No. 2053<br><br>Capital Bankcard<br>P.O. Box 6600<br>Hagerstown, MD 21740 | X | - | [Circle K Furniture - Avenues, LLC] | | | | X | X | X | Unknown |
| Account No. 5526<br><br>Capital One Bank<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | X | - | [Circle K Furniture - Avenues, LLC] | | | | X | X | X | 21,443.94 |

Sheet no. __3__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

132,556.63

B6F (Official Form 6F) (12/07) - Cont.

In re    Circle K Furniture, LLC                                    Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3538** <br><br>**Cintas** <br>**P.O. Box 636525** <br>**Cincinnati, OH 45263-6525** | X | - | [Circle K Furniture - Avenues, LLC] | X | X | X | 125.73 |
| Account No. **8052** <br><br>**Cisco, Inc.** <br>**P.O. Box 801088** <br>**Houston, TX 77280-1088** | X | - | [Circle K Furniture - Avenues, LLC] | X | X | X | 3,074.66 |
| Account No. <br><br>**CIT Group / Commercial Services, I** <br>**134 Wooding Ave.** <br>**Danville, VA 24541** | | - | Final judgment [Duval County, Florida, Case No. 16-2013-CA-06228, Division CV-H] | | | | 32,795.06 |
| Account No. <br><br>**Edward J. Witten, Esq.** <br>**339 E. Forsyth St.** <br>**Jacksonville, FL 32202** | | | CIT Group / Commercial Services, I | | | | **Notice Only** |
| Account No. **xxxx4110** <br><br>**City of Jacksonville, The** <br>**Office of General Counsel** <br>**117 W. Duval St., #480** <br>**Jacksonville, FL 32202** | | - | Citation | | X | | 500.00 |

Sheet no. __4__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **36,495.45**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Circle K Furniture, LLC                                    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4448 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Classy Art Wholesalers, Inc. c/o Sprechman & Associates, P.A. 2775 Sunny Isles Blvd., #100 North Miami Beach, FL 33160 | X | - | | X | X | X | 2,304.89 |
| Account No. 9655 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Comcast 789 International Pkwy. Fort Lauderdale, FL 33325-6220 | X | - | | X | X | X | 121.32 |
| Account No. 4006 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Comcast P.O. Box 37601 Philadelphia, PA 19101-0601 | X | - | | X | X | X | 23,805.62 |
| Account No. 7637 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Comcast P.O. Box 37601 Philadelphia, PA 19101-0601 | X | - | | X | X | X | 30,339.66 |
| Account No. 1032 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Communications Solutions, Inc. 6195 Lake Gray Blvd., #5 Jacksonville, FL 32244 | X | - | | X | X | X | 746.52 |

Sheet no. __5__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          57,318.01

B6F (Official Form 6F) (12/07) - Cont.

In re __Circle K Furniture, LLC__ _____  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. 9891 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Copytronics c/o Hatmaker & Associates 1156 W. US Hwy. 1 Vero Beach, FL 32962 | X | - | | X | X | X | 1,180.98 |
| Account No. | | | Station WAWS-TV [Circle K Furniture - Avenues, LLC] | | | | |
| Cox Media Group P.O. Box 402619 Atlanta, GA 30384-2619 | X | - | | X | X | X | 459.00 |
| Account No. | | | Station WTEV-TV [Circle K Furniture - Avenues, LLC] | | | | |
| Cox Media Group P.O. Box 402619 Atlanta, GA 30384-2619 | X | - | | X | X | X | 12,599.50 |
| Account No. RC01 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Cramco, Inc. 2200 E. Ann St. Philadelphia, PA 19134 | X | - | | X | X | X | 746.52 |
| Account No. 0313 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Crystal Springs 6750 Discovery Blvd. Mableton, GA 30126 | X | - | | X | X | X | 70.96 |

Sheet no. _6_ of _26_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          15,056.96

B6F (Official Form 6F) (12/07) - Cont.

In re    Circle K Furniture, LLC                                              Case No. _____
_____,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Dimplex North America, Ltd. P.O. Box 200930 Pittsburgh, PA 15251-0930 | X | - | | | X | X | X | 1,424.85 |
| Account No. | | | | | | | | |
| Coface Collections North America 2400 Veterans Memorial Blvd., #300 Kenner, LA 70062 | | | | Dimplex North America, Ltd. | | | | Notice Only |
| Account No. | | | | Attorneys fees and costs | | | | |
| Driver Mcafee Griggs & Peek, Pl. One Independent Dr., #1200 Jacksonville, FL 32202 | X | - | | | | X | | 16,000.00 |
| Account No. 3381 | | | | [Circle K Furniture - Avenues, LLC] | | | | |
| DSA Factors c/o Greenberg, Grant & Richards, I P.O. Box 571811 Houston, TX 77257-1811 | X | - | | | X | X | X | 857.84 |
| Account No. | | | | Final judgment [Duval County, Florida, Case No. 16-2013-CA-04830, Division CV-F] | | | | |
| England, Inc. c/o Rolfe & Lobello, P.A. 233 E. Bay St., #720 Jacksonville, FL 32202 | | - | | | | | | 23,662.53 |

Sheet no. _7_ of _26_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                41,945.22

B6F (Official Form 6F) (12/07) - Cont.

In re    Circle K Furniture, LLC
_____,
                    Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Lawrence C. Rolfe, Esq. <br> P.O. Box 4400 <br> Jacksonville, FL 32201-4400 | | | | England, Inc. | | | | Notice Only |
| Account No. <br><br> Estate of Jose S. Lantigua <br> 1831 Wild Grape Ln. <br> Fleming Island, FL 32003 | X | - | | Loan balance as of 12/31/2012 [co-debtor - Circle K Furniture - Avenues, LLC] | | | | 1,089,167.44 |
| Account No. 9938 <br><br> ExxonMobil Universal Card <br> Wex Bank <br> P.O. Box 6293 <br> Carol Stream, IL 60197-6293 | X | - | | [Circle K Furniture - Avenues, LLC] | X | X | X | 6,891.03 |
| Account No. 7557 <br><br> First Insurance Funding Corp. <br> 450 Skokie Blvd., #1000 <br> Northbrook, IL 60062 | X | - | | [Circle K Furniture - Avenues, LLC] | X | X | X | 3,531.85 |
| Account No. <br><br> Florida Capital Bank, N.A. <br> 10201 Centurion Pkwy., #600 <br> Jacksonville, FL 32256 | X | - | | Guaranty on loan agreement [Duval County, Florida, Case No. 16-2013-CA-04286, Division CV-F] | | | | 1,445,850.45 |

Sheet no. __8__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,545,440.77

B6F (Official Form 6F) (12/07) - Cont.

In re   **Circle K Furniture, LLC**
                                                    Case No. _____
                                    Debtor
                                                     ,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Florida Capital Bank, N.A. | | | | Notice Only |
| Christian P. George, Esq. Akerman Senterfitt 50 N. Laura St., #3100 Jacksonville, FL 32202 | | | | | | | | |
| Account No. | | | | Florida Capital Bank, N.A. | | | | Notice Only |
| Florida Capital Bank, N.A. 10151 Deerwood Park Blvd. Bldg. 300, #110 Jacksonville, FL 32256 | | | | | | | | |
| Account No. 4271 | | | | Credit card [Circle K Furniture - Avenues, LLC] | | | | |
| Florida Capital Bank, N.A. 10201 Centurion Pkwy., #600 Jacksonville, FL 32256 | X | - | | | X | X | X | Unknown |
| Account No. 3569 | | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Florida Sales Unlimited, Inc. c/o Kearns, Brinen & Monaghan P.O. Box 314 Camden Wyoming, DE 19934 | X | - | | | X | X | X | 798.00 |
| Account No. 0565 | | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Florida Sales Unlimited, Inc. 545 E. 4th St. Jacksonville, FL 32206 | X | - | | | X | X | X | 779.49 |

Sheet no. __9__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          1,577.49

B6F (Official Form 6F) (12/07) - Cont.

In re    Circle K Furniture, LLC                                    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1045 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Florida Times-Union c/o Morris Publishing Group, LLC SSC-Advertising P.O. Box 1486 Augusta, GA 30903-1486 | X | - | | X | X | X | 550.00 |
| Account No. 8583 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Forbes Custom Products Attn: Accounts Receivable Dept. 45 High Tech Dr. Rush, NY 14543 | X | - | | X | X | X | 2,317.72 |
| Account No. | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Fouraker Mechanical Heating & Air, 8094 Graybar Pl. Bryceville, FL 32009 | X | - | | X | X | X | 654.00 |
| Account No. 980 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Furniture Traditions 1450 W. Collins Ave. Orange, CA 92867 | X | - | | X | X | X | 3,896.00 |
| Account No. 0540 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Furniture Values c/o Furniture Manufacturers Credit P.O. Drawer 5929 High Point, NC 27262 | X | - | | X | X | X | 2,646.49 |

Sheet no. __10__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          10,064.21

B6F (Official Form 6F) (12/07) - Cont.

In re    Circle K Furniture, LLC                                    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9000<br><br>Ganz USA, LLC<br>60 Industrial Pkwy.<br>Cheektowaga, NY 14227-9903 | X | - | [Circle K Furniture - Avenues, LLC] | X | X | X | 493.80 |
| Account No. 8088<br><br>GPM Associates<br>c/o Williams Babbit & Weisman, Inc<br>5255 N. Federal Hwy., 3rd Fl.<br>Boca Raton, FL 33487 | X | - | [Circle K Furniture - Avenues, LLC] | X | X | X | 2,317.72 |
| Account No. CIRFUR<br><br>Griffis Gas<br>461 Tresca Rd.<br>Jacksonville, FL 32225 | X | - | [Circle K Furniture - Avenues, LLC] | X | X | X | 1,985.22 |
| Account No. 2202<br><br>Heritage Lace<br>P.O. Box 328<br>Pella, IA 50219 | X | - | [Circle K Furniture - Avenues, LLC] | X | X | X | 265.44 |
| Account No. 4959<br><br>Hewlett-Packard Financial Services<br>P.O. Box 6<br>New Providence, NJ 07974 | X | - | [Circle K Furniture - Avenues, LLC] | X | X | X | 650.84 |

Sheet no. __11__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          5,713.02

B6F (Official Form 6F) (12/07) - Cont.

In re   **Circle K Furniture, LLC**                                      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8095**<br><br>**High Tech Commercial Cleaning**<br>**8130 Baymeadows Cir. W, #306**<br>**Jacksonville, FL 32256** | X | - | [Circle K Furniture - Avenues, LLC] | X | X | X | 9,924.32 |
| Account No. **1062**<br><br>**Hillsdale Furniture, LLC**<br>**3901 Bishop Ln.**<br>**Louisville, KY 40218** | X | - | [Circle K Furniture - Avenues, LLC] | X | X | X | 1,090.00 |
| Account No. **6483**<br><br>**Homespice Decor**<br>**2595 Mountain Ind. Blvd., #4**<br>**Tucker, GA 30084** | X | - | [Circle K Furniture - Avenues, LLC] | X | X | X | 881.36 |
| Account No. **0645**<br><br>**Hooker Furniture Corp.**<br>**c/o Kosto & Rotella**<br>**P.O. Box 4759**<br>**Jacksonville, FL 32201** | X | - | [Circle K Furniture - Avenues, LLC] | X | X | X | 8,597.77 |
| Account No.<br><br>**Furniture Manufacturers Credit Ass**<br>**109 Rockspring Rd.**<br>**High Point, NC 27262** | | | Hooker Furniture Corp. | | | | **Notice Only** |

Sheet no. __12__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| Subtotal<br>(Total of this page) | 20,493.45 |
|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    Circle K Furniture, LLC          Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4959 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| HP Financial Services c/o Allen Maxwell & Silver, Inc. 190 Sylvan Ave. Englewood Cliffs, NJ 07632 | X | - | | X | X | X | 32,530.64 |
| Account No. 9710 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| HP Financial Services c/o RMS P.O. Box 20543 Lehigh Valley, PA 18002 | X | - | | X | X | X | 2,406.08 |
| Account No. 1079 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Jacksonville Light Bulb Delivery 144 Stockton St. P.O. Box 40863 Jacksonville, FL 32203 | X | - | | X | X | X | 1,865.75 |
| Account No. 1079 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Johnson & Hood, P.C. 41075 Hwy. 195 Haleyville, AL 35565 | X | - | | X | X | X | 1,865.75 |
| Account No. | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Johnson & Hood, P.C. 41075 Hwy. 195 Haleyville, AL 35565 | X | - | | X | X | X | 5,044.85 |

Sheet no. __13__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     43,713.07

B6F (Official Form 6F) (12/07) - Cont.

In re    Circle K Furniture, LLC                                     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9946 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| L. Powell Acquisition Corp. Lock Box #776030 6030 Solutions Center Chicago, IL 60677-6000 | X | - | | X | X | X | 4,893.34 |
| Account No. | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Lane Furniture Industries, Inc. 5380 Hwy. 145 S Tupelo, MS 38801 | X | - | | X | X | X | 35,518.16 |
| Account No. 4270 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Lane Home Furnishings P.O. Box 417742 Boston, MA 02241-7742 | X | - | | X | X | X | 37.26 |
| Account No. 4801 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Legends Furniture 10300 W. Buckeye Rd. Tolleson, AZ 85353 | X | - | | X | X | X | 634.00 |
| Account No. RC04 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Liberty Furniture Industries c/o BB&T Commercial Finance 6195 Purdue Dr. Atlanta, GA 30336-2823 | X | - | | X | X | X | 1,050.00 |

Sheet no. __14__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    42,132.76

B6F (Official Form 6F) (12/07) - Cont.

In re    **Circle K Furniture, LLC**                                              Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4430** | | | [Circle K Furniture - Avenues, LLC] | | | | |
| **Magnussen Home Furnishings c/o Receivables Control Corp. P.O. Box 9658 Minneapolis, MN 55440-9658** | X | - | | X | X | X | 11,861.78 |
| Account No. **4010** | | | [Circle K Furniture - Avenues, LLC] | | | | |
| **Mantua MFG Co. 7900 Northfield Rd. Bedford, OH 44146-5525** | X | - | | X | X | X | 255.25 |
| Account No. **2480** | | | [Circle K Furniture - Avenues, LLC] | | | | |
| **Milberg Factors c/o House of Adjustments, Inc. P.O. Box 780 Mamaroneck, NY 10543-0780** | X | - | | X | X | X | 2,370.21 |
| Account No. | | | [Circle K Furniture - Avenues, LLC] | | | | |
| **Mixon and Wiggins, LLC P.O. Box 20251 Bradenton, FL 34204** | X | - | | X | X | X | 182.04 |
| Account No. **3957** | | | [Circle K Furniture - Avenues, LLC] | | | | |
| **Montage Furniture Services P.O. Box 674532 Detroit, MI 48267-4532** | X | - | | X | X | X | 3,026.25 |

Sheet no. __15__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    17,695.53

B6F (Official Form 6F) (12/07) - Cont.

In re   **Circle K Furniture, LLC**                                Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1045**<br><br>**Morris Publishing Group**<br>**Attn: Credit Sales**<br>**699 Broad St., #800**<br>**Augusta, GA 30901** | X | - | [Circle K Furniture - Avenues, LLC] | X | X | X | 550.00 |
| Account No. **5963**<br><br>**Mud Pie**<br>**c/o Abrams, Davis & Keller, Inc.**<br>**1201 Sussex Turnpike**<br>**Randolph, NJ 07869** | X | - | [Circle K Furniture - Avenues, LLC] | X | X | X | 1,567.79 |
| Account No. **2006**<br><br>**Nake Bee, The**<br>**P.O. Box 1706**<br>**La Mesa, CA 91944-1706** | X | - | [Circle K Furniture - Avenues, LLC] | X | X | X | 122.49 |
| Account No. **0621**<br><br>**NE Kids**<br>**P.O. Box 2459**<br>**Christiansburg, VA 24068-2459** | X | - | [Circle K Furniture - Avenues, LLC] | X | X | X | 3,964.98 |
| Account No.<br><br>**NewVenture of Jacksonville, Inc.**<br>**d/b/a High Tech Commercial Cleanin**<br>**8130 Baymeadows Cir. W, #306**<br>**Jacksonville, FL 32256** | X | - | Final judgment [Duval County, Florida, Case No. 16-2013-SC-02572, Division CC-F] | X | X | X | 1,698.75 |

Sheet no. __16__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          7,904.01

B6F (Official Form 6F) (12/07) - Cont.

In re    Circle K Furniture, LLC
_____,
                Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5771** | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Norman & Associates 1360 Union Hall Rd. Bldg. 12 Alpharetta, GA 30004 | X | - | | X | X | X | 2,675.76 |
| Account No. **7099** | | | [Circle K Furniture - Avenues, LLC] | | | | |
| OPC News, LLC P.O. Box 1677 Sumter, SC 29151-1677 | X | - | | X | X | X | 825.00 |
| Account No. **0190** | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Oriental Weavers USA, Inc. P.O. Box 740209 Atlanta, GA 30374-0209 | X | - | | X | X | X | 793.80 |
| Account No. **2634** | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Parker House Furniture 13780 Central Ave. Chino, CA 91710 | X | - | | X | X | X | 1,067.75 |
| Account No. **4995** | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Penske Truck Leasing c/o PNC Bank Lockbox #827380 312 W. Route 38 at E. Gate Dr. Moorestown, NJ 08057 | X | - | | X | X | X | 4,458.56 |

Sheet no. __17__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,820.87

B6F (Official Form 6F) (12/07) - Cont.

In re    Circle K Furniture, LLC                                    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2506** | | | | [Circle K Furniture - Avenues, LLC] | | | | |
| **Philip Reinisch Company, LLC** c/o Lyon Collection Services, Inc. 7924 W. Sahara Ave. Las Vegas, NV 89117 | X | - | | | X | X | X | |
| | | | | | | | | 660.00 |
| Account No. **4481** | | | | [Circle K Furniture - Avenues, LLC] | | | | |
| **Pitney Bowes Global Financial Serv** P.O. Box 371887 Pittsburgh, PA 15250-7887 | X | - | | | X | X | X | |
| | | | | | | | | 553.44 |
| Account No. | | | | Management services | | | | |
| **Poole Management Company** c/o Lockwood Holmes 8323 Ramona Blvd. W Jacksonville, FL 32221 | | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Final judgment [Duval County, Florida, Case No. 16-2013-CA-02146, Division CV-D] | | | | |
| **Post-Newsweek Stations Florida, In** d/b/a WJXT 4 Broadcast Pl. Jacksonville, FL 32207 | | - | | | | | | |
| | | | | | | | | 33,181.09 |
| Account No. | | | | | | | | |
| **Michael A. Kolcun, Esq.** 6960 Bonneval Rd., #202 Jacksonville, FL 32216-6076 | | | | Post-Newsweek Stations Florida, In | | | | Notice Only |

| Sheet no. __18__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 34,394.53 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    Circle K Furniture, LLC                                    Case No. _____
                                                        ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | [Circle K Furniture - Avenues, LLC] | | | | |
| PR Interactive, LLC d/b/a Web Marketing Pros 2746 Grayton Ct. Jacksonville, FL 32224 | X | - | | X | X | X | 4,000.00 |
| Account No. 7050 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Prestige Ruffled Curtains P.O. Box 6040 Gastonia, NC 28056-6040 | X | - | | X | X | X | 467.40 |
| Account No. 4679 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Quill.com c/o Slater Tenaglia Fritz & Hunt, Box # 2431 P.O. Box 8500 Philadelphia, PA 19178-2431 | X | - | | X | X | X | 1,191.70 |
| Account No. 6294 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Rest Master Bedding Company 16 Rest Master Ln. North Augusta, SC 29860 | X | - | | X | X | X | 1,502.08 |
| Account No. | | | Lease obligations of Circle K Furniture - Avenues, LLC [Duval County, Florida; Case No. 16-2013-CA-01209, Division CV-H] | | | | |
| Retail Assets, Inc. 10739 Deerwood Park Blvd., #300 Jacksonville, FL 32256 | X | - | | X | X | X | Unknown |

Sheet no. __19__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,161.18

B6F (Official Form 6F) (12/07) - Cont.

In re  **Circle K Furniture, LLC** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> **N. Mark New, II, Esq.** <br> **10407 Centurion Pkwy. N, #200** <br> **Jacksonville, FL 32256** | | | Retail Assets, Inc. | | | | Notice Only |
| **Account No. R322** <br><br> **River's Edge Products** <br> **One River's Edge Ct.** <br> **Saint Clair, MO 63077** | X | - | [Circle K Furniture - Avenues, LLC] | X | X | X | 910.02 |
| **Account No. 6000** <br><br> **Riverside Furniture** <br> **P.O. Box 1427** <br> **Fort Smith, AR 72902** | X | - | [Circle K Furniture - Avenues, LLC] | X | X | X | 3,615.04 |
| **Account No.** <br><br> **Saxon Business Systems** <br> **9150 Philips Hwy.** <br> **Jacksonville, FL 32256** | X | - | Copier lease | X | X | X | Unknown |
| **Account No. 1375** <br><br> **Sealy Mattress Company** <br> **c/o Kosto & Rotella, P.A.** <br> **P.O. Box 4759** <br> **Jacksonville, FL 32201** | X | - | [Circle K Furniture - Avenues, LLC] | X | X | X | 3,933.00 |

Sheet no. __20__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **8,458.06**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Circle K Furniture, LLC**                            Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9347 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Security Engineering and Designs, 3139 Waller St. Jacksonville, FL 32254 | X | - | | X | X | X | 26.70 |
| Account No. 3949 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Shaw Industries c/o Jack R. Creel & Associates P.O. Box 801083 Houston, TX 77280-1083 | X | - | | X | X | X | 3,074.66 |
| Account No. | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Shelba D. Johnson Trucking, Inc. c/o The Law Office of Dawn Sheek P.O. Box 2936 Thomasville, NC 27361 | X | - | | X | X | X | 15,607.45 |
| Account No. 2267 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Southeastern Freight Lines, Inc. c/o Synter Resource Group, LLC P.O. Box 63247 North Charleston, SC 29419-3247 | X | - | | X | X | X | 168.79 |
| Account No. 6709 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Southern Motion, Inc. P.O. Box 1064 298 Henry Southern Dr. Pontotoc, MS 38863 | X | - | | X | X | X | 1,225.00 |

Sheet no. __21__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    20,102.60

B6F (Official Form 6F) (12/07) - Cont.

In re    Circle K Furniture, LLC                                          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J W C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0004 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Sphinx 3252 Dug Gap Rd. SW Dalton, GA 30720 | X | - | | X | X | X | |
| | | | | | | | 793.80 |
| Account No. 4726 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Sullivan, Inc. c/o Edward J. Witten, Esq. 339 E. Forsyth St. Jacksonville, FL 32202 | X | - | | X | X | X | |
| | | | | | | | 2,625.92 |
| Account No. 9486 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Sunbelt Furniture Xpress, Inc. P.O. Box 487 Hickory, NC 28603-0487 | X | - | | X | X | X | |
| | | | | | | | 3,059.88 |
| Account No. | | | | | | | |
| Sprechman & Associates, P.A. 2775 Sunny Isles Blvd., #100 North Miami Beach, FL 33160 | | | Sunbelt Furniture Xpress, Inc. | | | | Notice Only |
| Account No. xxx4588 | | | Lawsuit filed against debtor and Circle K Furniture - Avenues, LLC | | | | |
| Susquehanna Commercial Finance, In 2 Country Rd., #300 Malvern, PA 19355 | X | - | | | X | | |
| | | | | | | | 2,422.79 |

Sheet no. __22__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          8,902.39

B6F (Official Form 6F) (12/07) - Cont.

In re    **Circle K Furniture, LLC**
_____,
                    Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Lance P. Cohen, Esq.** <br>**Cohen & Thurston, P.A.** <br>**1912 Hamilton St., #206** <br>**Jacksonville, FL 32210** | | | | **Susquehanna Commercial Finance, In** | | | | **Notice Only** |
| Account No. **xxxxxx.x0010** <br><br> **Synovus Bank** <br>**P.O. Box 105233** <br>**Atlanta, GA 30348** | | - | | Loan | | | | **1,328,744.97** |
| Account No. **xxxx.0619** <br><br> **Synovus Bank** <br>**10407 Centurion Pkwy. N** <br>**Jacksonville, FL 32256** | | - | | Commercial loan | | | | **19,865.48** |
| Account No. **2046** <br><br> **Synovus Bank** <br>**10407 Centurion Pkwy. N** <br>**Jacksonville, FL 32256** | X | - | | [Circle K Furniture - Avenues, LLC] | X | X | X | **882.97** |
| Account No. **0010** <br><br> **Synovus Bank** <br>**10407 Centurion Pkwy. N** <br>**Jacksonville, FL 32256** | X | - | | [Circle K Furniture - Avenues, LLC] | X | X | X | **149,012.06** |

Sheet no. __23__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,498,505.48**

B6F (Official Form 6F) (12/07) - Cont.

In re   Circle K Furniture, LLC
_____,   Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx/xx8795 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Tennessee Enterprises, Inc. c/o Johnson Morgan & White 6800 Broken Sound Pkwy. Boca Raton, FL 33487-2788 | X | - | | X | X | X | 906.40 |
| Account No. 8014 | | | Lease equipment [Circle K Furniture - Avenues, LLC] | | | | |
| U.S. Bank Equipment Finance 1310 Madrid St., #101 Marshall, MN 56258-4002 | X | - | | X | X | X | 17,225.74 |
| Account No. 8642 | | | [Circle K Furniture - Avenues, LLC] | | | | |
| Universal Furniture Int'l. P.O. Box 751558 Charlotte, NC 28275-1558 | X | - | | X | X | X | 100.00 |
| Account No. | | | Contract dispute [Duval County, Florida, Case No. 16-2013-SC-03622, Division CC-F] | | | | |
| Village Candle, Inc. 65 Topsham Fair Mall Rd. Topsham, ME 04086 | | - | | | | | 2,314.95 |
| Account No. | | | | | | | |
| Jason D. Barlow, Esq. Marcadis Singer, P.A. 5104 S. Westshore Blvd. Tampa, FL 33611 | | | Village Candle, Inc. | | | | Notice Only |

Sheet no. __24__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   20,547.09

B6F (Official Form 6F) (12/07) - Cont.

In re    **Circle K Furniture, LLC**                                    Case No. _____
                                                    ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 3878 | | | [Circle K Furniture - Avenues, LLC] | | | | | |
| Warren Trucking Company, Inc. P.O. Box 890023 Charlotte, NC 28289-0023 | X | - | | | X | X | X | 249.86 |
| Account No. 4240 | | | [Circle K Furniture - Avenues, LLC] | | | | | |
| Watkins & Shepard Trucking c/o Manning, Price & Stern P.O. Box 864371 Orlando, FL 32886-4371 | X | - | | | X | X | X | 143.27 |
| Account No. 1623 | | | [Circle K Furniture - Avenues, LLC] | | | | | |
| Wells Fargo Retail Services P.O. Box 9198 Des Moines, IA 50306 | X | - | | | X | X | X | 756.75 |
| Account No. 0162 | | | [Circle K Furniture - Avenues, LLC] | | | | | |
| Wes, Inc. / Wright Express c/o Greenberg Grant & Richards P.O. Box 571811 Houston, TX 77257-1811 | X | - | | | X | X | X | 8,269.24 |
| Account No. 2332 | | | [Circle K Furniture - Avenues, LLC] | | | | | |
| Wesley Allen 1001 E. 60th St. Los Angeles, CA 90001 | X | - | | | X | X | X | 475.13 |

Sheet no. __25__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,894.25

B6F (Official Form 6F) (12/07) - Cont.

In re   Circle K Furniture, LLC                                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **William Meyers, CPA** <br> **905 Park Ave., #102** <br> **Orange Park, FL 32073** | | - | | **Accounting services** | | | | **Unknown** |
| Account No. 7726 <br><br> **Williams Scotsman** <br> **901 S. Bond St., #600** <br> **Baltimore, MD 21231** | X | - | | [Circle K Furniture - Avenues, LLC] | X | X | X | **562.13** |
| Account No. 1239 <br><br> **Winners Only** <br> **c/o Stevens-Lloyd Group, Inc.** <br> **7660 E. Broadway, #106** <br> **Tucson, AZ 85710** | X | - | | [Circle K Furniture - Avenues, LLC] | X | X | X | **20,362.47** |
| Account No. 2674 <br><br> **Zenith Freight Lines, LLC** <br> **c/o Hunter Warfield** <br> **4620 Woodland Corporate Blvd.** <br> **Tampa, FL 33614** | X | - | | [Circle K Furniture - Avenues, LLC] | X | X | X | **1,646.92** |
| Account No. | | | | | | | | |

Sheet no. __26__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 22,571.52 |
| Total <br> (Report on Summary of Schedules) | 4,687,223.07 |

B6G (Official Form 6G) (12/07)

In re    **Circle K Furniture, LLC**                                                    Case No. _____

_____
                        Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Hewlett-Packard Financial Services<br>P.O. Box 6<br>New Providence, NJ 07974 | Copier contract |
| Lantigua Holdings, LLC<br>239 Jones Rd.<br>Jacksonville, FL 32220 | Verbal lease agreement for Jones Road property |
| Peak 10 Data Center Solutions<br>4905 Belfort Rd., #145<br>Jacksonville, FL 32256 | Data services master service agreement |
| Planned Furniture Promotions, Inc.<br>9 Moody Rd.<br>Bldg. D, #17-18<br>Enfield, CT 06082 | Sale promotion consulting agreement |
| Saxon Business Systems<br>9150 Philips Hwy.<br>Jacksonville, FL 32256 | Copier lease |
| Security Engineering and Designs,<br>3139 Waller St.<br>Jacksonville, FL 32254 | Security Lease Agreement No. 125641.001 |
| U.S. Bank Equipment Finance<br>1310 Madrid St., #101<br>Marshall, MN 56258-4002 | Printer contract |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Circle K Furniture, LLC**                                                   Case No. _____
_____
                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Florida Capital Bank, N.A.<br>10201 Centurion Pkwy., #600<br>Jacksonville, FL 32256 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | NewVenture of Jacksonville, Inc.<br>d/b/a High Tech Commercial Cleanin<br>8130 Baymeadows Cir. W, #306<br>Jacksonville, FL 32256 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Susquehanna Commercial Finance, In<br>2 Country Rd., #300<br>Malvern, PA 19355 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Alexander Degance Barnett<br>225 Water St., #1200<br>Jacksonville, FL 32202 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Albany Industries<br>c/o Coface Collections North Ameri<br>2400 Veterans Blvd., #300<br>Kenner, LA 70062 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Advanced Disposal Services<br>P.O. Box 791404<br>Baltimore, MD 21279-1404 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | American West Worldwide Express<br>c/o Sprechman & Associates, P.A.<br>2775 Sunny Isles Blvd., #100<br>North Miami Beach, FL 33160-4007 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | AMSCAN, Inc.<br>c/o DAL, Inc.<br>P.O. Box 162<br>Clifton Heights, PA 19018 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Armchem International Corp.<br>c/o Transworld Systems, Inc.<br>507 Prudential Rd.<br>Horsham, PA 19044 |

**10**
_____ continuation sheets attached to Schedule of Codebtors

In re    Circle K Furniture, LLC
_____
                        Debtor

Case No. _____

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Aspen Home<br>601 N. 75th Ave.<br>Phoenix, AZ 85043 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | AT&T<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Ayr1<br>c/o Lida Business Solutions<br>450 Sunrise Hwy., #201<br>    PA 15570 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | BB&T Commercial Finance<br>c/o Williams & Williams<br>P.O. Box 34307<br>Louisville, KY 40232 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Best Chairs, Inc.<br>1195 Solutions Center<br>Chicago, IL 60677-1001 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Best Chairs, Inc.<br>1195 Solutions Center<br>Chicago, IL 60677-1001 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Branch Group, Inc. d/b/a Rexel<br>c/o D&D, Ltd.<br>13809 Research Blvd., #800<br>Austin, TX 78750 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Brandon Pest Control<br>2941 Dawn Rd.<br>Jacksonville, FL 32207 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Broyhill Furniture Industries<br>P.O. Box 417739<br>Boston, MA 02241-7739 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Capital Bankcard<br>P.O. Box 6600<br>Hagerstown, MD 21740 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Capital One Bank<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Cintas<br>P.O. Box 636525<br>Cincinnati, OH 45263-6525 |

Sheet __1__ of __10__ continuation sheets attached to the Schedule of Codebtors

In re    Circle K Furniture, LLC                                    Case No. _____
_____,
                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Cisco, Inc.<br>P.O. Box 801088<br>Houston, TX 77280-1088 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Classy Art Wholesalers, Inc.<br>c/o Sprechman & Associates, P.A.<br>2775 Sunny Isles Blvd., #100<br>North Miami Beach, FL 33160 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Comcast<br>789 International Pkwy.<br>Fort Lauderdale, FL 33325-6220 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Comcast<br>P.O. Box 37601<br>Philadelphia, PA 19101-0601 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Comcast<br>P.O. Box 37601<br>Philadelphia, PA 19101-0601 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Communications Solutions, Inc.<br>6195 Lake Gray Blvd., #5<br>Jacksonville, FL 32244 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Copytronics<br>c/o Hatmaker & Associates<br>1156 W. US Hwy. 1<br>Vero Beach, FL 32962 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Cox Media Group<br>P.O. Box 402619<br>Atlanta, GA 30384-2619 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Cox Media Group<br>P.O. Box 402619<br>Atlanta, GA 30384-2619 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Cramco, Inc.<br>2200 E. Ann St.<br>Philadelphia, PA 19134 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Crystal Springs<br>6750 Discovery Blvd.<br>Mableton, GA 30126 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Dimplex North America, Ltd.<br>P.O. Box 200930<br>Pittsburgh, PA 15251-0930 |

Sheet __2__ of __10__ continuation sheets attached to the Schedule of Codebtors

In re    Circle K Furniture, LLC                                          ,        Case No. _____

                                             Debtor

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | DSA Factors<br>c/o Greenberg, Grant & Richards, I<br>P.O. Box 571811<br>Houston, TX 77257-1811 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Estate of Jose S. Lantigua<br>1831 Wild Grape Ln.<br>Fleming Island, FL 32003 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | ExxonMobil Universal Card<br>Wex Bank<br>P.O. Box 6293<br>Carol Stream, IL 60197-6293 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | First Insurance Funding Corp.<br>450 Skokie Blvd., #1000<br>Northbrook, IL 60062 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Florida Capital Bank, N.A.<br>10201 Centurion Pkwy., #600<br>Jacksonville, FL 32256 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Florida Sales Unlimited, Inc.<br>c/o Kearns, Brinen & Monaghan<br>P.O. Box 314<br>Camden Wyoming, DE 19934 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Florida Sales Unlimited, Inc.<br>545 E. 4th St.<br>Jacksonville, FL 32206 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Florida Times-Union<br>c/o Morris Publishing Group, LLC<br>SSC-Advertising<br>P.O. Box 1486<br>Augusta, GA 30903-1486 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Forbes Custom Products<br>Attn: Accounts Receivable Dept.<br>45 High Tech Dr.<br>Rush, NY 14543 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Fouraker Mechanical Heating & Air,<br>8094 Graybar Pl.<br>Bryceville, FL 32009 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Furniture Traditions<br>1450 W. Collins Ave.<br>Orange, CA 92867 |

Sheet __3__ of __10__ continuation sheets attached to the Schedule of Codebtors

In re    Circle K Furniture, LLC                                    ,        Case No. _____

                                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Furniture Values<br>c/o Furniture Manufacturers Credit<br>P.O. Drawer 5929<br>High Point, NC 27262 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Ganz USA, LLC<br>60 Industrial Pkwy.<br>Cheektowaga, NY 14227-9903 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | GPM Associates<br>c/o Williams Babbit & Weisman, Inc<br>5255 N. Federal Hwy., 3rd Fl.<br>Boca Raton, FL 33487 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Griffis Gas<br>461 Tresca Rd.<br>Jacksonville, FL 32225 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Heritage Lace<br>P.O. Box 328<br>Pella, IA 50219 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Hewlett-Packard Financial Services<br>P.O. Box 6<br>New Providence, NJ 07974 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | High Tech Commercial Cleaning<br>8130 Baymeadows Cir. W, #306<br>Jacksonville, FL 32256 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Hillsdale Furniture, LLC<br>3901 Bishop Ln.<br>Louisville, KY 40218 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Homespice Decor<br>2595 Mountain Ind. Blvd., #4<br>Tucker, GA 30084 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Hooker Furniture Corp.<br>c/o Kosto & Rotella<br>P.O. Box 4759<br>Jacksonville, FL 32201 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | HP Financial Services<br>c/o Allen Maxwell & Silver, Inc.<br>190 Sylvan Ave.<br>Englewood Cliffs, NJ 07632 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | HP Financial Services<br>c/o RMS<br>P.O. Box 20543<br>Lehigh Valley, PA 18002 |

Sheet __4__ of __10__ continuation sheets attached to the Schedule of Codebtors

In re    **Circle K Furniture, LLC**                                                    Case No. _____
_____,
                                    Debtor

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Jacksonville Light Bulb Delivery<br>144 Stockton St.<br>P.O. Box 40863<br>Jacksonville, FL 32203 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Johnson & Hood, P.C.<br>41075 Hwy. 195<br>Haleyville, AL 35565 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Johnson & Hood, P.C.<br>41075 Hwy. 195<br>Haleyville, AL 35565 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | L. Powell Acquisition Corp.<br>Lock Box #776030<br>6030 Solutions Center<br>Chicago, IL 60677-6000 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Lane Furniture Industries, Inc.<br>5380 Hwy. 145 S<br>Tupelo, MS 38801 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Lane Home Furnishings<br>P.O. Box 417742<br>Boston, MA 02241-7742 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Legends Furniture<br>10300 W. Buckeye Rd.<br>Tolleson, AZ 85353 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Liberty Furniture Industries<br>c/o BB&T Commercial Finance<br>6195 Purdue Dr.<br>Atlanta, GA 30336-2823 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Magnussen Home Furnishings<br>c/o Receivables Control Corp.<br>P.O. Box 9658<br>Minneapolis, MN 55440-9658 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Mantua MFG Co.<br>7900 Northfield Rd.<br>Bedford, OH 44146-5525 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Milberg Factors<br>c/o House of Adjustments, Inc.<br>P.O. Box 780<br>Mamaroneck, NY 10543-0780 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Mixon and Wiggins, LLC<br>P.O. Box 20251<br>Bradenton, FL 34204 |

Sheet __5__ of __10__ continuation sheets attached to the Schedule of Codebtors

In re    **Circle K Furniture, LLC**                                                    Case No. _____
                                                    ,
                                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Montage Furniture Services<br>P.O. Box 674532<br>Detroit, MI 48267-4532 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Morris Publishing Group<br>Attn: Credit Sales<br>699 Broad St., #800<br>Augusta, GA 30901 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Mud Pie<br>c/o Abrams, Davis & Keller, Inc.<br>1201 Sussex Turnpike<br>Randolph, NJ 07869 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Nake Bee, The<br>P.O. Box 1706<br>La Mesa, CA 91944-1706 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | NE Kids<br>P.O. Box 2459<br>Christiansburg, VA 24068-2459 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Norman & Associates<br>1360 Union Hall Rd.<br>Bldg. 12<br>Alpharetta, GA 30004 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | OPC News, LLC<br>P.O. Box 1677<br>Sumter, SC 29151-1677 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Oriental Weavers USA, Inc.<br>P.O. Box 740209<br>Atlanta, GA 30374-0209 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Parker House Furniture<br>13780 Central Ave.<br>Chino, CA 91710 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Penske Truck Leasing<br>c/o PNC Bank<br>Lockbox #827380<br>312 W. Route 38 at E. Gate Dr.<br>Moorestown, NJ 08057 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Philip Reinisch Company, LLC<br>c/o Lyon Collection Services, Inc.<br>7924 W. Sahara Ave.<br>Las Vegas, NV 89117 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Pitney Bowes Global Financial Serv<br>P.O. Box 371887<br>Pittsburgh, PA 15250-7887 |

Sheet __6__ of __10__ continuation sheets attached to the Schedule of Codebtors

In re     Circle K Furniture, LLC                                    ,     Case No. _____
                                                Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | PR Interactive, LLC<br>d/b/a Web Marketing Pros<br>2746 Grayton Ct.<br>Jacksonville, FL 32224 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Prestige Ruffled Curtains<br>P.O. Box 6040<br>Gastonia, NC 28056-6040 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Quill.com<br>c/o Slater Tenaglia Fritz & Hunt,<br>Box # 2431<br>P.O. Box 8500<br>Philadelphia, PA 19178-2431 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Rest Master Bedding Company<br>16 Rest Master Ln.<br>North Augusta, SC 29860 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Retail Assets, Inc.<br>10739 Deerwood Park Blvd., #300<br>Jacksonville, FL 32256 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | River's Edge Products<br>One River's Edge Ct.<br>Saint Clair, MO 63077 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Riverside Furniture<br>P.O. Box 1427<br>Fort Smith, AR 72902 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Sealy Mattress Company<br>c/o Kosto & Rotella, P.A.<br>P.O. Box 4759<br>Jacksonville, FL 32201 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Security Engineering and Designs,<br>3139 Waller St.<br>Jacksonville, FL 32254 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Shaw Industries<br>c/o Jack R. Creel & Associates<br>P.O. Box 801083<br>Houston, TX 77280-1083 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Shelba D. Johnson Trucking, Inc.<br>c/o The Law Office of Dawn Sheek<br>P.O. Box 2936<br>Thomasville, NC 27361 |

Sheet __7__ of __10__ continuation sheets attached to the Schedule of Codebtors

In re    **Circle K Furniture, LLC**                      ,       Case No. _____

Debtor

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Southeastern Freight Lines, Inc.<br>c/o Synter Resource Group, LLC<br>P.O. Box 63247<br>North Charleston, SC 29419-3247 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Southern Motion, Inc.<br>P.O. Box 1064<br>298 Henry Southern Dr.<br>Pontotoc, MS 38863 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Sphinx<br>3252 Dug Gap Rd. SW<br>Dalton, GA 30720 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Sullivan, Inc.<br>c/o Edward J. Witten, Esq.<br>339 E. Forsyth St.<br>Jacksonville, FL 32202 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Sunbelt Furniture Xpress, Inc.<br>P.O. Box 487<br>Hickory, NC 28603-0487 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Synovus Bank<br>10407 Centurion Pkwy. N<br>Jacksonville, FL 32256 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Synovus Bank<br>10407 Centurion Pkwy. N<br>Jacksonville, FL 32256 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Tennessee Enterprises, Inc.<br>c/o Johnson Morgan & White<br>6800 Broken Sound Pkwy.<br>Boca Raton, FL 33487-2788 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | U.S. Bank Equipment Finance<br>1310 Madrid St., #101<br>Marshall, MN 56258-4002 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Universal Furniture Int'l.<br>P.O. Box 751558<br>Charlotte, NC 28275-1558 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Warren Trucking Company, Inc.<br>P.O. Box 890023<br>Charlotte, NC 28289-0023 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Watkins & Shepard Trucking<br>c/o Manning, Price & Stern<br>P.O. Box 864371<br>Orlando, FL 32886-4371 |

Sheet __8__ of __10__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re    Circle K Furniture, LLC                                          Case No. _____
_____,
                            Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Wells Fargo Retail Services<br>P.O. Box 9198<br>Des Moines, IA 50306 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Wesley Allen<br>1001 E. 60th St.<br>Los Angeles, CA 90001 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Wes, Inc. / Wright Express<br>c/o Greenberg Grant & Richards<br>P.O. Box 571811<br>Houston, TX 77257-1811 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Williams Scotsman<br>901 S. Bond St., #600<br>Baltimore, MD 21231 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Winners Only<br>c/o Stevens-Lloyd Group, Inc.<br>7660 E. Broadway, #106<br>Tucson, AZ 85710 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Zenith Freight Lines, LLC<br>c/o Hunter Warfield<br>4620 Woodland Corporate Blvd.<br>Tampa, FL 33614 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Saxon Business Systems<br>9150 Philips Hwy.<br>Jacksonville, FL 32256 |
| Circle K Furniture - Avenues, LL<br>239-4 Jones Rd.<br>Jacksonville, FL 32220 | Driver Mcafee Griggs & Peek, PL<br>One Independent Dr., #1200<br>Jacksonville, FL 32202 |
| Estate of Jose S. Lantigua<br>1831 Wild Grape Ln.<br>Fleming Island, FL 32003 | Florida Capital Bank, N.A.<br>10201 Centurion Pkwy., #600<br>Jacksonville, FL 32256 |
| Jose S. Lantigua Living Trust of<br>  November 26, 2007<br>1831 Wild Grape Ln.<br>Fleming Island, FL 32003 | Florida Capital Bank, N.A.<br>10201 Centurion Pkwy., #600<br>Jacksonville, FL 32256 |
| Lantigua Holdings, LLC<br>239 Jones Rd.<br>Jacksonville, FL 32220 | Florida Capital Bank, N.A.<br>10201 Centurion Pkwy., #600<br>Jacksonville, FL 32256 |
| Lantigua Holdings, LLC<br>239 Jones Rd.<br>Jacksonville, FL 32220 | FL Dept. of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399 |

Sheet __9__ of __10__ continuation sheets attached to the Schedule of Codebtors

In re    **Circle K Furniture, LLC**                                    Case No. _____
_____ ,
                                    Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **TSK Furniture, LLC**<br>**9158 Teague Rd.**<br>**Jacksonville, FL 32220** | **Florida Capital Bank, N.A.**<br>**10201 Centurion Pkwy., #600**<br>**Jacksonville, FL 32256** |

Sheet __10__ of __10__ continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    Circle K Furniture, LLC

_____    Case No. _____
                Debtor(s)               Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Sole Member of Lantigua Holdings, LLC, Debtor's Sole Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___49___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    11-19-13                    Signature _____

Joseph G. Lantigua, Executor of Estate of Jose
Lantigua,
Sole Member of Lantigua Holdings, LLC, Debtor's Sole
Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Middle District of Florida**

In re   Circle K Furniture, LLC                                                                  Case No.

                                               Debtor(s)                   Chapter     7

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Member of Lantigua Holdings, LLC, Debtor's Sole Member of the corporation named as the debtor in this case, hereby

verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:        11-19-13

                                               Joseph G. Lantigua, Executor of Estate of Jose Lantigua,/Sole
                                               Member of Lantigua Holdings, LLC, Debtor's Sole Member
                                               Signer/Title

Circle K Furniture, LLC
239-4 Jones Rd.
Jacksonville, FL 32220

Aspen Home
601 N. 75th Ave.
Phoenix, AZ 85043

Capital One Bank
P.O. Box 71083
Charlotte, NC 28272-1083

Bradley R. Markey
Stutsman Thames & Markey, PA
50 North Laura Street
Suite 1600
Jacksonville, FL 32202

AT&T
P.O. Box 6463
Carol Stream, IL 60197-6463

Christian P. George, Esq.
Akerman Senterfitt
50 N. Laura St., #3100
Jacksonville, FL 32202

Advanced Disposal Services
P.O. Box 791404
Baltimore, MD 21279-1404

Ayr1
c/o Lida Business Solutions
450 Sunrise Hwy., #201
PA 15570

Cintas
P.O. Box 636525
Cincinnati, OH 45263-6525

Albany Industries
c/o Coface Collections North Ameri
2400 Veterans Blvd., #300
Kenner, LA 70062

BB&T Commercial Finance
c/o Williams & Williams
P.O. Box 34307
Louisville, KY 40232

Circle K Furniture - Avenues, LL
239-4 Jones Rd.
Jacksonville, FL 32220

Alexander Degance Barnett
225 Water St., #1200
Jacksonville, FL 32202

Best Chairs, Inc.
1195 Solutions Center
Chicago, IL 60677-1001

Cisco, Inc.
P.O. Box 801088
Houston, TX 77280-1088

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Branch Group, Inc. d/b/a Rexel
c/o D&D, Ltd.
13809 Research Blvd., #800
Austin, TX 78750

CIT Group / Commercial Services
134 Wooding Ave.
Danville, VA 24541

American West Worldwide Express
c/o Sprechman & Associates, P.A.
2775 Sunny Isles Blvd., #100
North Miami Beach, FL 33160-4007

Brandon Pest Control
2941 Dawn Rd.
Jacksonville, FL 32207

City of Jacksonville, The
Office of General Counsel
117 W. Duval St., #480
Jacksonville, FL 32202

AMSCAN, Inc.
c/o DAL, Inc.
P.O. Box 162
Clifton Heights, PA 19018

Broyhill Furniture Industries
P.O. Box 417739
Boston, MA 02241-7739

Classy Art Wholesalers, Inc.
c/o Sprechman & Associates, P.A.
2775 Sunny Isles Blvd., #100
North Miami Beach, FL 33160

Armchem International Corp.
c/o Transworld Systems, Inc.
507 Prudential Rd.
Horsham, PA 19044

Capital Bankcard
P.O. Box 6600
Hagerstown, MD 21740

Coface Collections North America
2400 Veterans Memorial Blvd., #30
Kenner, LA 70062

Comcast
789 International Pkwy.
Fort Lauderdale, FL 33325-6220

Comcast
P.O. Box 37601
Philadelphia, PA 19101-0601

Communications Solutions, Inc.
6195 Lake Gray Blvd., #5
Jacksonville, FL 32244

Copytronics
c/o Hatmaker & Associates
1156 W. US Hwy. 1
Vero Beach, FL 32962

Cox Media Group
P.O. Box 402619
Atlanta, GA 30384-2619

Cramco, Inc.
2200 E. Ann St.
Philadelphia, PA 19134

Crystal Springs
6750 Discovery Blvd.
Mableton, GA 30126

Dimplex North America, Ltd.
P.O. Box 200930
Pittsburgh, PA 15251-0930

Driver Mcafee Griggs & Peek, PL
One Independent Dr., #1200
Jacksonville, FL 32202

DSA Factors
c/o Greenberg, Grant & Richards, I
P.O. Box 571811
Houston, TX 77257-1811

Duval County Tax Collector
231 E. Forsyth St.
Jacksonville, FL 32202

Edward J. Witten, Esq.
339 E. Forsyth St.
Jacksonville, FL 32202

England, Inc.
c/o Rolfe & Lobello, P.A.
233 E. Bay St., #720
Jacksonville, FL 32202

Estate of Jose S. Lantigua
1831 Wild Grape Ln.
Fleming Island, FL 32003

ExxonMobil Universal Card
Wex Bank
P.O. Box 6293
Carol Stream, IL 60197-6293

First Insurance Funding Corp.
450 Skokie Blvd., #1000
Northbrook, IL 60062

FL Dept. of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399

FL Dept. of Revenue
Lake City Service Center
1401 W. US Hwy. 90, #100
Lake City, FL 32055-6123

FL Dept. of State
Clifton Building
2661 Executive Center Dr.
Tallahassee, FL 32301

Florida Capital Bank, N.A.
10201 Centurion Pkwy., #600
Jacksonville, FL 32256

Florida Capital Bank, N.A.
10151 Deerwood Park Blvd.
Bldg. 300, #110
Jacksonville, FL 32256

Florida Sales Unlimited, Inc.
c/o Kearns, Brinen & Monaghan
P.O. Box 314
Camden Wyoming, DE 19934

Florida Sales Unlimited, Inc.
545 E. 4th St.
Jacksonville, FL 32206

Florida Times-Union
c/o Morris Publishing Group, LLC
SSC-Advertising
P.O. Box 1486
Augusta, GA 30903-1486

Forbes Custom Products
Attn: Accounts Receivable Dept.
45 High Tech Dr.
Rush, NY 14543

Fouraker Mechanical Heating & Ai
8094 Graybar Pl.
Bryceville, FL 32009

Furniture Manufacturers Credit Ass
109 Rockspring Rd.
High Point, NC 27262

Furniture Traditions
1450 W. Collins Ave.
Orange, CA 92867

Homespice Decor
2595 Mountain Ind. Blvd., #4
Tucker, GA 30084

L. Powell Acquisition Corp.
Lock Box #776030
6030 Solutions Center
Chicago, IL 60677-6000

Furniture Values
c/o Furniture Manufacturers Credit
P.O. Drawer 5929
High Point, NC 27262

Hooker Furniture Corp.
c/o Kosto & Rotella
P.O. Box 4759
Jacksonville, FL 32201

Lance P. Cohen, Esq.
Cohen & Thurston, P.A.
1912 Hamilton St., #206
Jacksonville, FL 32210

Ganz USA, LLC
60 Industrial Pkwy.
Cheektowaga, NY 14227-9903

HP Financial Services
c/o Allen Maxwell & Silver, Inc.
190 Sylvan Ave.
Englewood Cliffs, NJ 07632

Lane Furniture Industries, Inc.
5380 Hwy. 145 S
Tupelo, MS 38801

GPM Associates
c/o Williams Babbit & Weisman, Inc
5255 N. Federal Hwy., 3rd Fl.
Boca Raton, FL 33487

HP Financial Services
c/o RMS
P.O. Box 20543
Lehigh Valley, PA 18002

Lane Home Furnishings
P.O. Box 417742
Boston, MA 02241-7742

Griffis Gas
461 Tresca Rd.
Jacksonville, FL 32225

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Lantigua Holdings, LLC
239 Jones Rd.
Jacksonville, FL 32220

Heritage Lace
P.O. Box 328
Pella, IA 50219

Jacksonville Light Bulb Delivery
144 Stockton St.
P.O. Box 40863
Jacksonville, FL 32203

Lawrence C. Rolfe, Esq.
P.O. Box 4400
Jacksonville, FL 32201-4400

Hewlett-Packard Financial Services
P.O. Box 6
New Providence, NJ 07974

Jason D. Barlow, Esq.
Marcadis Singer, P.A.
5104 S. Westshore Blvd.
Tampa, FL 33611

Legends Furniture
10300 W. Buckeye Rd.
Tolleson, AZ 85353

High Tech Commercial Cleaning
8130 Baymeadows Cir. W, #306
Jacksonville, FL 32256

Johnson & Hood, P.C.
41075 Hwy. 195
Haleyville, AL 35565

Liberty Furniture Industries
c/o BB&T Commercial Finance
6195 Purdue Dr.
Atlanta, GA 30336-2823

Hillsdale Furniture, LLC
3901 Bishop Ln.
Louisville, KY 40218

Jose S. Lantigua Living Trust of
  November 26, 2007
1831 Wild Grape Ln.
Fleming Island, FL 32003

Magnussen Home Furnishings
c/o Receivables Control Corp.
P.O. Box 9658
Minneapolis, MN 55440-9658

Mantua MFG Co.
7900 Northfield Rd.
Bedford, OH 44146-5525

NE Kids
P.O. Box 2459
Christiansburg, VA 24068-2459

Pitney Bowes Global Financial Se
P.O. Box 371887
Pittsburgh, PA 15250-7887

Michael A. Kolcun, Esq.
6960 Bonneval Rd., #202
Jacksonville, FL 32216-6076

NewVenture of Jacksonville, Inc.
d/b/a High Tech Commercial Cleanin
8130 Baymeadows Cir. W, #306
Jacksonville, FL 32256

Planned Furniture Promotions, Inc.
9 Moody Rd.
Bldg. D, #17-18
Enfield, CT 06082

Milberg Factors
c/o House of Adjustments, Inc.
P.O. Box 780
Mamaroneck, NY 10543-0780

Norman & Associates
1360 Union Hall Rd.
Bldg. 12
Alpharetta, GA 30004

Poole Management Company
c/o Lockwood Holmes
8323 Ramona Blvd. W
Jacksonville, FL 32221

Mixon and Wiggins, LLC
P.O. Box 20251
Bradenton, FL 34204

OPC News, LLC
P.O. Box 1677
Sumter, SC 29151-1677

Post-Newsweek Stations Florida, I
d/b/a WJXT
4 Broadcast Pl.
Jacksonville, FL 32207

Montage Furniture Services
P.O. Box 674532
Detroit, MI 48267-4532

Oriental Weavers USA, Inc.
P.O. Box 740209
Atlanta, GA 30374-0209

PR Interactive, LLC
d/b/a Web Marketing Pros
2746 Grayton Ct.
Jacksonville, FL 32224

Morris Publishing Group
Attn: Credit Sales
699 Broad St., #800
Augusta, GA 30901

Parker House Furniture
13780 Central Ave.
Chino, CA 91710

Prestige Ruffled Curtains
P.O. Box 6040
Gastonia, NC 28056-6040

Mud Pie
c/o Abrams, Davis & Keller, Inc.
1201 Sussex Turnpike
Randolph, NJ 07869

Peak 10 Data Center Solutions
4905 Belfort Rd., #145
Jacksonville, FL 32256

Quill.com
c/o Slater Tenaglia Fritz & Hunt,
Box # 2431
P.O. Box 8500
Philadelphia, PA 19178-2431

N. Mark New, II, Esq.
10407 Centurion Pkwy. N, #200
Jacksonville, FL 32256

Penske Truck Leasing
c/o PNC Bank
Lockbox #827380
312 W. Route 38 at E. Gate Dr.
Moorestown, NJ 08057

Rest Master Bedding Company
16 Rest Master Ln.
North Augusta, SC 29860

Nake Bee, The
P.O. Box 1706
La Mesa, CA 91944-1706

Philip Reinisch Company, LLC
c/o Lyon Collection Services, Inc.
7924 W. Sahara Ave.
Las Vegas, NV 89117

Retail Assets, Inc.
10739 Deerwood Park Blvd., #300
Jacksonville, FL 32256

River's Edge Products
One River's Edge Ct.
Saint Clair, MO 63077

Sphinx
3252 Dug Gap Rd. SW
Dalton, GA 30720

U.S. Bank Equipment Finance
1310 Madrid St., #101
Marshall, MN 56258-4002

Riverside Furniture
P.O. Box 1427
Fort Smith, AR 72902

Sprechman & Associates, P.A.
2775 Sunny Isles Blvd., #100
North Miami Beach, FL 33160

Universal Furniture Int'l.
P.O. Box 751558
Charlotte, NC 28275-1558

Saxon Business Systems
9150 Philips Hwy.
Jacksonville, FL 32256

Sullivan, Inc.
c/o Edward J. Witten, Esq.
339 E. Forsyth St.
Jacksonville, FL 32202

Village Candle, Inc.
65 Topsham Fair Mall Rd.
Topsham, ME 04086

Sealy Mattress Company
c/o Kosto & Rotella, P.A.
P.O. Box 4759
Jacksonville, FL 32201

Sunbelt Furniture Xpress, Inc.
P.O. Box 487
Hickory, NC 28603-0487

Warren Trucking Company, Inc.
P.O. Box 890023
Charlotte, NC 28289-0023

Security Engineering and Designs,
3139 Waller St.
Jacksonville, FL 32254

Susquehanna Commercial Finance, In
2 Country Rd., #300
Malvern, PA 19355

Watkins & Shepard Trucking
c/o Manning, Price & Stern
P.O. Box 864371
Orlando, FL 32886-4371

Shaw Industries
c/o Jack R. Creel & Associates
P.O. Box 801083
Houston, TX 77280-1083

Synovus Bank
P.O. Box 105233
Atlanta, GA 30348

Wells Fargo Retail Services
P.O. Box 9198
Des Moines, IA 50306

Shelba D. Johnson Trucking, Inc.
c/o The Law Office of Dawn Sheek
P.O. Box 2936
Thomasville, NC 27361

Synovus Bank
10407 Centurion Pkwy. N
Jacksonville, FL 32256

Wes, Inc. / Wright Express
c/o Greenberg Grant & Richards
P.O. Box 571811
Houston, TX 77257-1811

Southeastern Freight Lines, Inc.
c/o Synter Resource Group, LLC
P.O. Box 63247
North Charleston, SC 29419-3247

Tennessee Enterprises, Inc.
c/o Johnson Morgan & White
6800 Broken Sound Pkwy.
Boca Raton, FL 33487-2788

Wesley Allen
1001 E. 60th St.
Los Angeles, CA 90001

Southern Motion, Inc.
P.O. Box 1064
298 Henry Southern Dr.
Pontotoc, MS 38863

TSK Furniture, LLC
9158 Teague Rd.
Jacksonville, FL 32220

William Meyers, CPA
905 Park Ave., #102
Orange Park, FL 32073

Williams Scotsman
901 S. Bond St., #600
Baltimore, MD 21231


Winners Only
c/o Stevens-Lloyd Group, Inc.
7660 E. Broadway, #106
Tucson, AZ 85710


Zenith Freight Lines, LLC
c/o Hunter Warfield
4620 Woodland Corporate Blvd.
Tampa, FL 33614

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Circle K Furniture, LLC**

Debtor(s)

Case No. _____

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,463,768.00 | **2013 YTD: Debtor Gross Revenues** |
| $3,000,000.00 | **2012: Debtor Gross Revenues [Estimated]** |
| $3,733,549.00 | **2011: Debtor Gross Revenues** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Peak 10 Data Center Solutions<br>4905 Belfort Rd., #145<br>Jacksonville, FL 32256 | 09/13/2013 | $6,245.85 | $0.00 |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Lantigua Holdings, LLC<br>239 Jones Rd.<br>Jacksonville, FL 32220<br>  Affiliate | Monthly transfer for rent | $1,092.00 | $0.00 |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Florida Capital Bank, N.A. vs. Lantigua Holdings, LLC, et al.<br>16-2013-CA-04286, Division CV-F | Foreclosure action | Circuit Court<br>Fourth Judicial Circuit<br>Duval County, Florida | Pending |
| Post-Newsweek Stations Florida, Inc. vs. Circle K Furniture, LLC<br>16-2013-CA-02146, Division CV-D | Contract dispute | Circuit Court<br>Fourth Judicial Circuit<br>Duval County, Florida | Judgment entered |
| The CIT Group / Commercial Services, Inc. vs. Circle K Furniture, LLC<br>16-2013-CA-06228, Division CV-H | Collection action | Circuit Court<br>Fourth Judicial Circuit<br>Duval County, Florida | Judgment entered |

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **England, Inc. vs. Circle K Furniture, LLC 16-2013-CA-04830, Division CV-F** | Collection action | **Circuit Court Fourth Judicial Circuit Duval County, Florida** | **Judgment entered** |
| **NewVenture of Jacksonville, Inc., etc. vs. Circle F Furniture, LLC 16-2013-SC-02572, Division CC-F** | Contract dispute | **County Court Duval County, Florida** | **Judgment entered** |
| **Village Candle, Inc. vs. Circle K Furniture, LLC 16-2013-SC-03622, Division CC-F** | Contract dispute | **County Court Duval County, Florida** | **Pending** |
| **Susquehanna Commercial Finance, Inc. vs. Circle K Furniture, LLC** | Collection action | **Pennsylvania** | **Pending** |
| **Susquehanna Commercial Finance, Inc. vs. Circle K Furniture, LLC, et al. 16-2013-CA-05701, Division CV-D** | Collection action | **Circuit Court Fourth Judicial Circuit Duval County, Florida** | **Pending** |
| **The City of Jacksonville vs. Circle K Furniture, LLC 2013-IN-015007** | Collection action | **County Court Duval County, Florida** | **Pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

## 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Stutsman Thames & Markey, PA<br>50 North Laura Street<br>Suite 1600<br>Jacksonville, FL 32202 | 10/02/2013 | $11,306.00 |

## 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Jason Provencher | 08/2013 | Sale of trailer; VIN 5C7EE16175D001008<br>$700.00 |
| Planned Furniture Promotions, Inc.<br>9 Moody Rd.<br>Bldg. D, #17-18<br>Enfield, CT 06082<br>None | 01/31/2013 | Took over operations and liquidation of inventory |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six **years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six **years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)

7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **William Meyers, CPA**<br>**905 Park Ave., #102**<br>**Orange Park, FL 32073** | |

None
■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

### 21. Current Partners, Officers, Directors and Shareholders

None
■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

B7 (Official Form 7) (04/13)

8

| | None ☐ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Lantigua Holdings, LLC<br>239 Jones Rd.<br>Jacksonville, FL 32220 | Sole Member | 100% ownership interest |

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Jose S. Lantigua<br>1831 Wild Grape Ln.<br>Fleming Island, FL 32003 | 2012 Payroll and Benefits | $32,164.30 |
| Daphne Simpson<br>1831 Wild Grape Ln.<br>Fleming Island, FL 32003 | 2012 Payroll and Benefits | $28,019.10 |
| Joseph G. Lantigua | 2012 Payroll and Benefits | $26,088.00 |

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

B7 (Official Form 7) (04/13)
9

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date      11-19-13             Signature            

                                   Joseph G. Lantigua, Executor of Estate of Jose Lantigua,
                                   Sole Member of Lantigua Holdings, LLC, Debtor's Sole Member

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*