# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-07013 3F7
**Case Name:** CIRCLE K FURNITURE, LLC

**Period Ending:** 09/30/14

**Trustee:** (290170)   VALERIE HALL MANUEL
**Filed (f) or Converted (c):** 11/26/13 (f)
**§341(a) Meeting Date:** 12/26/13
**Claims Bar Date:** 03/20/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | SYNOVUS BANK PRO BUSINESS C/A #1433 | 328.78 | 0.00 | | 0.00 | FA |
| 2 | SYNOVUS BANK PRO BUSINESS C/A #9553 | 4,174.99 | 0.00 | | 0.00 | FA |
| 3 | FLORIDA CAPITAL BANK SMALL BUSINESS ACCOUNT | 574.82 | 0.00 | | 0.00 | FA |
| 4 | FLORIDA CAPITAL BANK SMALL BUSINESS TAX ACCT. | 0.00 | 0.00 | | 0.00 | FA |
| 5 | FLORIDA CAPITAL BANK SMALL BUSINESS ACCT. | 0.00 | 0.00 | | 0.00 | FA |
| 6 | FLORIDA CAPITAL BANK SMALL BUSINESS MM ACCT. | 0.00 | 0.00 | | 0.00 | FA |
| 7 | TRAVELERS PROPERTY AND CASUALTY | 0.00 | 0.00 | | 0.00 | FA |
| 8 | NET PROCEEDS DUE FROM PFP, INC.<br>Note: A portion of these monies belong to Circle K Furniture-Avenues, LLC and will be apportioned. | Unknown | 30,067.21 | | 30,067.21 | FA |
| 9 | AMERICAN FURNITURE INDUSTRIES, LLC A/R | Unknown | 0.00 | | 0.00 | FA |
| 10 | RETAINER HELD BY MILAM, HOWARD, ETC., P.A. | 692.88 | 692.88 | | 692.88 | FA |
| 11 | WILLIAM CRUMBLEY CHECK | 130.00 | 130.00 | | 0.00 | 130.00 |
| 12 | TRAVELERS PROPERTY CASUALTY CHECK | 4,448.62 | 4,448.62 | | 0.00 | 4,448.62 |
| 13 | STUTSMAN, THAMES & MARKEY TRUST ACCOUNT<br>Note: A portion of these monies belong to Circle K Furniture-Avenues, LLC and will be apportioned. | 226,002.76 | Unknown | | 226,002.76 | Unknown |
| 14 | JASON PROVENCHER TRAILER PURCHASE | 700.00 | 700.00 | | 0.00 | 700.00 |
| 15 | PEAK 10 DATA CENTER SOLUTIONS | 6,250.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-07013 3F7  
**Case Name:** CIRCLE K FURNITURE, LLC  
**Period Ending:** 09/30/14

**Trustee:** (290170) VALERIE HALL MANUEL  
**Filed (f) or Converted (c):** 11/26/13 (f)  
**§341(a) Meeting Date:** 12/26/13  
**Claims Bar Date:** 03/20/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Note: A portion of these monies belong to Circle K Furniture-Avenues, LLC and will be apportioned. |  |  |  |  |  |
| 16 | RETAIL STORE BUSINESS LICENSE | 0.00 | 0.00 |  | 0.00 | FA |
| 17 | PUBLIC SERVICE/REPAIR BUSINESS LICENSE | 0.00 | 0.00 |  | 0.00 | FA |
| 18 | COMPUTERS, SOFTWARE, FIXTURES & EQUIPMENT | 2,000.00 | 0.00 |  | 0.00 | FA |
| 18 | **Assets**  **Totals** (Excluding unknown values) | **$245,302.85** | **$36,038.71** |  | **$256,762.85** | **$5,278.62** |

**Major Activities Affecting Case Closing:**

09/30/14: The Trustee is still liquidating assets. Once all assets are liquidated and estate tax returns filed and approved, the Trustee will be able to file her TFR.

03/24/14: Claims have been reviewed with objections filed.

**Initial Projected Date Of Final Report (TFR):** December 31, 2014       **Current Projected Date Of Final Report (TFR):** February 15, 2015

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-07013 3F7  
**Case Name:** CIRCLE K FURNITURE, LLC  

**Taxpayer ID #:** **-***0297  
**Period Ending:** 09/30/14  

**Trustee:** VALERIE HALL MANUEL (290170)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6066 - Checking Account  
**Blanket Bond:** $35,986,568.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/24/13 | {13} | STUTSMAN, THAMES & MARKEY, P.A. | COLLECTION OF MONIES HELD IN DEBTOR'S ATTORNEY'S TRUST ACCOUNT ASSET #13 | 1129-000 | 226,002.76 | | 226,002.76 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.17 | 225,948.59 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 335.82 | 225,612.77 |
| 02/10/14 | {10} | MILAM, HOWARD, ETC., P.A. TRUST ACCOUNT | TURNOVER OF RETAINER REFUND ASSET #10 | 1129-000 | 692.88 | | 226,305.65 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 303.44 | 226,002.21 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 314.23 | 225,687.98 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 346.28 | 225,341.70 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 324.12 | 225,017.58 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 312.86 | 224,704.72 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 355.55 | 224,349.17 |
| 08/07/14 | {8} | PLANNED FURNITURE PROMOTIONS, INC. | FINAL DISTRIBUTION OF FUNDS HELD BY LIQUIDATOR ASSET #8 | 1129-000 | 30,067.21 | | 254,416.38 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 342.20 | 254,074.18 |
| | | **ACCOUNT TOTALS** | | | 256,762.85 | 2,688.67 | **$254,074.18** |
| | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 256,762.85 | 2,688.67 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$256,762.85** | **$2,688.67** | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-07013 3F7  
**Case Name:** CIRCLE K FURNITURE, LLC  
**Taxpayer ID #:** **-***0297  
**Period Ending:** 09/30/14  

**Trustee:** VALERIE HALL MANUEL (290170)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6066 - Checking Account  
**Blanket Bond:** $35,986,568.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | TOTAL - ALL ACCOUNTS | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|---|
| | | | Checking # ******6066 | | 256,762.85 | 2,688.67 | 254,074.18 |
| | | | | | $256,762.85 | $2,688.67 | $254,074.18 |