UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: CIRCLE K FURNITURE, LLC § Case No. 3:13-07013-JAF-3F7
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 26, 2013. The undersigned trustee was appointed on November 26, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         256,762.85

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 3,455.52 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 94,990.25 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 158,317.08 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/20/2014 and the deadline for filing governmental claims was 05/25/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $11,338.63. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $11,338.63, for a total compensation of $11,338.63.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $573.59, for total expenses of $573.59.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/08/2014     By: /s/VALERIE HALL MANUEL
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 3:13-07013-JAF-3F7  **Trustee:** (290170)   VALERIE HALL MANUEL
**Case Name:** CIRCLE K FURNITURE, LLC  **Filed (f) or Converted (c):** 11/26/13 (f)
 **§341(a) Meeting Date:** 12/26/13
**Period Ending:** 12/08/14  **Claims Bar Date:** 03/20/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   SYNOVUS BANK PRO BUSINESS C/A #1433 | 328.78 | 0.00 | | 0.00 | FA |
| 2   SYNOVUS BANK PRO BUSINESS C/A #9553 | 4,174.99 | 0.00 | | 0.00 | FA |
| 3   FLORIDA CAPITAL BANK SMALL BUSINESS ACCOUNT | 574.82 | 0.00 | | 0.00 | FA |
| 4   FLORIDA CAPITAL BANK SMALL BUSINESS TAX ACCT. | 0.00 | 0.00 | | 0.00 | FA |
| 5   FLORIDA CAPITAL BANK SMALL BUSINESS ACCT. | 0.00 | 0.00 | | 0.00 | FA |
| 6   FLORIDA CAPITAL BANK SMALL BUSINESS MM ACCT. | 0.00 | 0.00 | | 0.00 | FA |
| 7   TRAVELERS PROPERTY AND CASUALTY | 0.00 | 0.00 | | 0.00 | FA |
| 8   NET PROCEEDS DUE FROM PFP, INC.<br>   Note:  A portion of these monies belong to Circle K Furniture-Avenues, LLC and will be apportioned.  See Asset #13 where apportioned funds were taken from Circle K , LLC and deposited to Circle K, Avenues. | Unknown | 30,067.21 | | 30,067.21 | FA |
| 9   AMERICAN FURNITURE INDUSTRIES, LLC A/R | Unknown | 0.00 | | 0.00 | FA |
| 10  RETAINER HELD BY MILAM, HOWARD, ETC., P.A. | 692.88 | 692.88 | | 692.88 | FA |
| 11  WILLIAM CRUMBLEY CHECK | 130.00 | 130.00 | | 0.00 | FA |
| 12  TRAVELERS PROPERTY CASUALTY CHECK | 4,448.62 | 4,448.62 | | 0.00 | FA |
| 13  STUTSMAN, THAMES & MARKEY TRUST ACCOUNT<br>   Note:  A portion of these monies belong to Circle K Furniture-Avenues, LLC and will be apportioned.  See "Other Costs"-$94,990.25 | 226,002.76 | 131,012.51 | | 226,002.76 | FA |
| 14  JASON PROVENCHER TRAILER PURCHASE | 700.00 | 700.00 | | 0.00 | FA |
| 15  PEAK 10 DATA CENTER SOLUTIONS<br>   Note:  A portion of these monies belong to Circle K Furniture-Avenues, LLC and will be apportioned. | 6,250.00 | 0.00 | | 0.00 | FA |
| 16  RETAIL STORE BUSINESS LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 17  PUBLIC SERVICE/REPAIR BUSINESS LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 18  COMPUTERS, SOFTWARE, FIXTURES & | 2,000.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 3:13-07013-JAF-3F7  
**Case Name:** CIRCLE K FURNITURE, LLC  

**Trustee:** (290170) VALERIE HALL MANUEL  
**Filed (f) or Converted (c):** 11/26/13 (f)  
**§341(a) Meeting Date:** 12/26/13  

**Period Ending:** 12/08/14  
**Claims Bar Date:** 03/20/14  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| EQUIPMENT | | | | | |
| 18 Assets   Totals (Excluding unknown values) | $245,302.85 | $167,051.22 | | $256,762.85 | $0.00 |

**Major Activities Affecting Case Closing:**

09/30/14:  The Trustee is still liquidating assets.  Once all assets are liquidated and estate tax returns filed and approved, the Trustee will be able to file her TFR.

03/24/14:  Claims have been reviewed with objections filed.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014          **Current Projected Date Of Final Report (TFR):**   November 8, 2014  (Actual)

Printed: 12/08/2014 06:44 AM    V.13.20

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 3:13-07013-JAF-3F7 | Trustee: | VALERIE HALL MANUEL (290170) |
|---|---|---|---|
| Case Name: | CIRCLE K FURNITURE, LLC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******6066 - Checking Account |
| Taxpayer ID #: | **-***0297 | Blanket Bond: | $35,986,568.00  (per case limit) |
| Period Ending: | 12/08/14 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/24/13 | {13} | STUTSMAN, THAMES & MARKEY, P.A. | COLLECTION OF MONIES HELD IN DEBTOR'S ATTORNEY'S TRUST ACCOUNT ASSET #13 | 1129-000 | 226,002.76 | | 226,002.76 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.17 | 225,948.59 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 335.82 | 225,612.77 |
| 02/10/14 | {10} | MILAM, HOWARD, ETC., P.A. TRUST ACCOUNT | TURNOVER OF RETAINER REFUND ASSET #10 | 1129-000 | 692.88 | | 226,305.65 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 303.44 | 226,002.21 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 314.23 | 225,687.98 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 346.28 | 225,341.70 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 324.12 | 225,017.58 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 312.86 | 224,704.72 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 355.55 | 224,349.17 |
| 08/07/14 | {8} | PLANNED FURNITURE PROMOTIONS, INC. | FINAL DISTRIBUTION OF FUNDS HELD BY LIQUIDATOR ASSET #8 | 1129-000 | 30,067.21 | | 254,416.38 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 342.20 | 254,074.18 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 389.81 | 253,684.37 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 377.04 | 253,307.33 |
| 11/10/14 | 101 | Circle K. Furniture-Avenues, LLC | Allocation of Funds from Circle K. Furniture, LLC | 8500-002 | | 94,990.25 | 158,317.08 |

| | | | ACCOUNT TOTALS | | 256,762.85 | 98,445.77 | $158,317.08 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 256,762.85 | 98,445.77 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $256,762.85 | $98,445.77 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******6066 | 256,762.85 | 98,445.77 | 158,317.08 |
| | $256,762.85 | $98,445.77 | $158,317.08 |

{} Asset reference(s)

Printed: 12/08/2014 06:44 AM    V.13.20

# EXHIBIT C

### Case:  3:13-07013-JAF-3F7    CIRCLE K FURNITURE, LLC

Claims Bar Date:   03/20/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Valerie Hall Manuel <br> <2100-00   Trustee Compensation>,  200 | Admin Ch.  7 <br> 11/26/14 | | $11,338.63 * <br> $11,338.63 | $0.00 | $11,338.63 |
| | Valerie Hall Manuel <br> <2200-00   Trustee Expenses>,  200 | Admin Ch.  7 <br> 11/26/14 | | $573.59 * <br> $573.59 | $0.00 | $573.59 |
| | Jerrett M. McConnell, Esquire <br> 1756 University Blvd., S. <br> Jacksonville, FL 32216 <br> <3210-00   Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch.  7 <br> 11/07/14 | | $3,840.00 <br> $3,840.00 | $0.00 | $3,840.00 |
| | Jerrett M. McConnell, Esquire <br> 1756 University Blvd., S. <br> Jacksonville, FL 32216 <br> <3220-00   Attorney for Trustee Expenses (Other Firm)>,  200 | Admin Ch.  7 <br> 11/07/14 | | $13.18 <br> $13.18 | $0.00 | $13.18 |
| | Steven M. Vanderwilt, CPA <br> 9940 Hood Road <br> Jacksonville, FL 32257 <br> <3410-00   Accountant for Trustee Fees (Other Firm)>,  200 | Admin Ch.  7 <br> 11/15/14 | | $1,631.90 <br> $1,631.90 | $0.00 | $1,631.90 |
| | Steven M. Vanderwilt, CPA <br> 9940 Hood Road <br> Jacksonville, FL 32257 <br> <3420-00   Accountant for Trustee Expenses (Other Firm)>,  200 | Admin Ch.  7 <br> 11/15/14 | | $20.40 <br> $20.40 | $0.00 | $20.40 |
| 1 | The CIT Group/Commercial Services, Inc. <br> Attn:  Christine Dery, AVP <br> 11 West 42nd Street <br> New York, NY 10036 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 12/10/13 | | $34,157.32 <br> $34,157.32 | $0.00 | $34,157.32 |
| 3 | BB&T Commercial Finance <br> c/o Thomas Lobello, III, Esquire <br> P.O. Box 4400 <br> Jacksonville, FL 32201-4400 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 01/08/14 | | $26,519.00 <br> $26,519.00 | $0.00 | $26,519.00 |
| 4 | Southern Motion, Inc. <br> c/o Thomas Lobello, III, Esquire <br> P.O. Box 4400 <br> Jacksonville, FL 32201-4400 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 01/08/14 | | $46,626.03 <br> $46,626.03 | $0.00 | $46,626.03 |

(*) Denotes objection to Amount Filed

# EXHIBIT C

### Case:  3:13-07013-JAF-3F7   CIRCLE K FURNITURE, LLC

Claims Bar Date:   03/20/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | England, Inc.<br>c/o Thomas Lobello, III, Esquire<br>P.O. Box 4400<br>Jacksonville, FL 32201-4400<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/08/14 | | $24,109.04<br>$24,109.04 | $0.00 | $24,109.04 |
| 6 | Penske Truck Leasing Co., L.P.<br>P.O. Box 563<br>Reading, PA 19603-0563<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/08/14 | | $8,245.88<br>$8,245.88 | $0.00 | $8,245.88 |
| 7 | Brandon Pest Control<br>2491 Dawn Road<br>Jacksonville, FL 32207<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/08/14 | | $699.80<br>$699.80 | $0.00 | $699.80 |
| 8 | Rest Master Bedding Company<br>16 Rest Master Lane<br>North Augusta, SC 29860<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/20/14 | | $1,692.08<br>$1,692.08 | $0.00 | $1,692.08 |
| 9A | Florida Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/21/14 | | $71,992.58<br>$71,992.58 | $0.00 | $71,992.58 |
| 10 | Vintage Candle, Inc.<br>c/o Marcadis Singer, PA<br>5104 S. Westshore Blvd.<br>Tampa, FL 33611<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/28/14 | | $2,384.24<br>$2,384.24 | $0.00 | $2,384.24 |
| 11 | DeGance Barnett, P.A.<br>225 Water Street, Suite 1200<br>Jacksonville, FL 32202<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/06/14 | | $6,404.87<br>$6,404.87 | $0.00 | $6,404.87 |
| 12 | Florida Capital Bank, N.A.<br>Attn:  Cynthia A. Cash<br>P.O. Box 551390<br>Jacksonville, FL 32255<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/13/14 | | $1,346,961.71<br>$1,346,961.71 | $0.00 | $1,346,961.71 |
| 13 | U.S. Bank Equipment Finance<br>1310 Madrid Street, #101<br>Marshall, MN 56258-4002<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/17/14 | | $14,354.78<br>$14,354.78 | $0.00 | $14,354.78 |

# EXHIBIT C

## Case: 3:13-07013-JAF-3F7   CIRCLE K FURNITURE, LLC

Claims Bar Date: 03/20/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14 | Susquehanna Commercial Finance, Inc. 2 Country Road, #300 Malvern, PA 19355 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/21/14 | | $12,896.60 $12,896.60 | $0.00 | $12,896.60 |
| 15 | Post-Newsweek Stations Florida, Inc. d/b/a WJXT 4 Broadcast Place Jacksonville, FL 32207 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/25/14 | | $29,717.70 $29,717.70 | $0.00 | $29,717.70 |
| 16 | Sunbelt Furniture Xpress, Inc. P.O. Box 487 Hickory, NC 28603-0487 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 03/03/14 | | $3,014.66 $3,014.66 | $0.00 | $3,014.66 |
| 17 | First Insurance Funding Corp. 450 Skokie Blvd., #1000 Northbrook, IL 60062 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 03/04/14 | | $3,395.03 $3,395.03 | $0.00 | $3,395.03 |
| 18 | Furniture Traditions 1450 W. Collins Avenue Orange, CA 92867 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 03/19/14 | | $5,646.00 $5,646.00 | $0.00 | $5,646.00 |
| 19 | Synovus Bank c/o John T.Rogerson, III, Esquire 501 Riverside Avenue, 7th Floor Jacksonville, FL 32202 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 03/20/14 | | $150,332.47 $150,332.47 | $0.00 | $150,332.47 |
| 20 | Synovus Bank c/o John T.Rogerson, III, Esquire 501 Riverside Avenue, 7th Floor Jacksonville, FL 32202 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 03/20/14 | | $1,801,613.48 $1,801,613.48 | $0.00 | $1,801,613.48 |
| | | | **Case Total:** | | **$0.00** | **$3,608,180.97** |

**TRUSTEE'S PROPOSED DISTRIBUTION**     Exhibit D

Case No.: 3:13-07013-JAF-3F7
Case Name: CIRCLE K FURNITURE, LLC
Trustee Name: VALERIE HALL MANUEL

**Balance on hand:**     $     158,317.08

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $     0.00
Remaining balance:     $     158,317.08

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Valerie Hall Manuel | 11,338.63 | 0.00 | 11,338.63 |
| Trustee, Expenses - Valerie Hall Manuel | 573.59 | 0.00 | 573.59 |
| Attorney for Trustee, Fees - Jerrett M. McConnell, Esquire | 3,840.00 | 0.00 | 3,840.00 |
| Attorney for Trustee, Expenses - Jerrett M. McConnell, Esquire | 13.18 | 0.00 | 13.18 |
| Accountant for Trustee, Fees - Steven M. Vanderwilt, CPA | 1,631.90 | 0.00 | 1,631.90 |
| Accountant for Trustee, Expenses - Steven M. Vanderwilt, CPA | 20.40 | 0.00 | 20.40 |

Total to be paid for chapter 7 administration expenses:     $     17,417.70
Remaining balance:     $     140,899.38

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $     0.00
Remaining balance:     $     140,899.38

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 140,899.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,590,763.27 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | The CIT Group/Commercial Services, Inc. | 34,157.32 | 0.00 | 1,340.32 |
| 3 | BB&T Commercial Finance | 26,519.00 | 0.00 | 1,040.59 |
| 4 | Southern Motion, Inc. | 46,626.03 | 0.00 | 1,829.58 |
| 5 | England, Inc. | 24,109.04 | 0.00 | 946.02 |
| 6 | Penske Truck Leasing Co., L.P. | 8,245.88 | 0.00 | 323.56 |
| 7 | Brandon Pest Control | 699.80 | 0.00 | 27.46 |
| 8 | Rest Master Bedding Company | 1,692.08 | 0.00 | 66.40 |
| 9A | Florida Department of Revenue | 71,992.58 | 0.00 | 2,824.95 |
| 10 | Vintage Candle, Inc. | 2,384.24 | 0.00 | 93.56 |
| 11 | DeGance Barnett, P.A. | 6,404.87 | 0.00 | 251.32 |
| 12 | Florida Capital Bank, N.A. | 1,346,961.71 | 0.00 | 52,853.96 |
| 13 | U.S. Bank Equipment Finance | 14,354.78 | 0.00 | 563.27 |
| 14 | Susquehanna Commercial Finance, Inc. | 12,896.60 | 0.00 | 506.05 |
| 15 | Post-Newsweek Stations Florida, Inc. | 29,717.70 | 0.00 | 1,166.10 |
| 16 | Sunbelt Furniture Xpress, Inc. | 3,014.66 | 0.00 | 118.29 |
| 17 | First Insurance Funding Corp. | 3,395.03 | 0.00 | 133.22 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 18 | Furniture Traditions | 5,646.00 | 0.00 | 221.55 |
| 19 | Synovus Bank | 150,332.47 | 0.00 | 5,898.96 |
| 20 | Synovus Bank | 1,801,613.48 | 0.00 | 70,694.22 |

Total to be paid for timely general unsecured claims: $ 140,899.38
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**