**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: CIRCLE K FURNITURE, LLC | § Case No. 3:13-07013-JAF-3F7 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

VALERIE HALL MANUEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $18,607.21   Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $140,899.38   Claims Discharged Without Payment: N/A

Total Expenses of Administration: $20,873.22

3) Total gross receipts of $ 256,762.85 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 94,990.25 (see **Exhibit 2**), yielded net receipts of $161,772.60 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 20,873.22 | 20,873.22 | 20,873.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 11,934.69 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,687,223.07 | 3,590,763.27 | 3,590,763.27 | 140,899.38 |
| **TOTAL DISBURSEMENTS** | $4,699,157.76 | $3,611,636.49 | $3,611,636.49 | $161,772.60 |

4) This case was originally filed under Chapter 7 on November 26, 2013. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/09/2015         By: /s/VALERIE HALL MANUEL
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| NET PROCEEDS DUE FROM PFP, INC. | 1129-000 | 30,067.21 |
| RETAINER HELD BY MILAM, HOWARD, ETC., P.A. | 1129-000 | 692.88 |
| STUTSMAN, THAMES & MARKEY TRUST ACCOUNT | 1129-000 | 226,002.76 |
| **TOTAL GROSS RECEIPTS** | | **$256,762.85** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Circle K. Furniture-Avenues, LLC | Allocation of Funds from Circle K. Furniture, LLC | 8500-002 | 94,990.25 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$94,990.25** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Valerie Hall Manuel | 2100-000 | N/A | 11,338.63 | 11,338.63 | 11,338.63 |
| Valerie Hall Manuel | 2200-000 | N/A | 573.59 | 573.59 | 573.59 |
| Jerrett M. McConnell, Esquire | 3210-000 | N/A | 3,840.00 | 3,840.00 | 3,840.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Jerrett M. McConnell, Esquire | 3220-000 | N/A | 13.18 | 13.18 | 13.18 |
|---|---|---|---|---|---|
| Steven M. Vanderwilt, CPA | 3410-000 | N/A | 1,631.90 | 1,631.90 | 1,631.90 |
| Steven M. Vanderwilt, CPA | 3420-000 | N/A | 20.40 | 20.40 | 20.40 |
| Rabobank, N.A. | 2600-000 | N/A | 54.17 | 54.17 | 54.17 |
| Rabobank, N.A. | 2600-000 | N/A | 335.82 | 335.82 | 335.82 |
| Rabobank, N.A. | 2600-000 | N/A | 303.44 | 303.44 | 303.44 |
| Rabobank, N.A. | 2600-000 | N/A | 314.23 | 314.23 | 314.23 |
| Rabobank, N.A. | 2600-000 | N/A | 346.28 | 346.28 | 346.28 |
| Rabobank, N.A. | 2600-000 | N/A | 324.12 | 324.12 | 324.12 |
| Rabobank, N.A. | 2600-000 | N/A | 312.86 | 312.86 | 312.86 |
| Rabobank, N.A. | 2600-000 | N/A | 355.55 | 355.55 | 355.55 |
| Rabobank, N.A. | 2600-000 | N/A | 342.20 | 342.20 | 342.20 |
| Rabobank, N.A. | 2600-000 | N/A | 389.81 | 389.81 | 389.81 |
| Rabobank, N.A. | 2600-000 | N/A | 377.04 | 377.04 | 377.04 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $20,873.22 | $20,873.22 | $20,873.22 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Duval County Tax Collector | 5800-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | FL Dept. of State | 5800-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5800-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | FL Dept. of Revenue | 5800-000 | 11,934.69 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $11,934.69 | $0.00 | $0.00 | $0.00 |

# EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | The CIT Group/Commercial Services, Inc. | 7100-000 | N/A | 34,157.32 | 34,157.32 | 1,340.32 |
| 3 | BB&T Commercial Finance | 7100-000 | N/A | 26,519.00 | 26,519.00 | 1,040.59 |
| 4 | Southern Motion, Inc. | 7100-000 | N/A | 46,626.03 | 46,626.03 | 1,829.58 |
| 5 | England, Inc. | 7100-000 | N/A | 24,109.04 | 24,109.04 | 946.02 |
| 6 | Penske Truck Leasing Co., L.P. | 7100-000 | N/A | 8,245.88 | 8,245.88 | 323.56 |
| 7 | Brandon Pest Control | 7100-000 | N/A | 699.80 | 699.80 | 27.46 |
| 8 | Rest Master Bedding Company | 7100-000 | N/A | 1,692.08 | 1,692.08 | 66.40 |
| 9A | Florida Department of Revenue | 7100-000 | N/A | 71,992.58 | 71,992.58 | 2,824.95 |
| 10 | Vintage Candle, Inc. | 7100-000 | N/A | 2,384.24 | 2,384.24 | 93.56 |
| 11 | DeGance Barnett, P.A. | 7100-000 | N/A | 6,404.87 | 6,404.87 | 251.32 |
| 12 | Florida Capital Bank, N.A. | 7100-000 | N/A | 1,346,961.71 | 1,346,961.71 | 52,853.96 |
| 13 | U.S. Bank Equipment Finance | 7100-000 | N/A | 14,354.78 | 14,354.78 | 563.27 |
| 14 | Susquehanna Commercial Finance, Inc. | 7100-000 | N/A | 12,896.60 | 12,896.60 | 506.05 |
| 15 | Post-Newsweek Stations Florida, Inc. | 7100-000 | N/A | 29,717.70 | 29,717.70 | 1,166.10 |
| 16 | Sunbelt Furniture Xpress, Inc. | 7100-000 | N/A | 3,014.66 | 3,014.66 | 118.29 |
| 17 | First Insurance Funding Corp. | 7100-000 | N/A | 3,395.03 | 3,395.03 | 133.22 |
| 18 | Furniture Traditions | 7100-000 | N/A | 5,646.00 | 5,646.00 | 221.55 |
| 19 | Synovus Bank | 7100-000 | N/A | 150,332.47 | 150,332.47 | 5,898.96 |
| 20 | Synovus Bank | 7100-000 | N/A | 1,801,613.48 | 1,801,613.48 | 70,694.22 |
| NOTFILED | Mud pie | 7100-000 | 1,567.79 | N/A | N/A | 0.00 |
| NOTFILED | Nake Bee, The | 7100-000 | 122.49 | N/A | N/A | 0.00 |
| NOTFILED | Morris Publishing Group | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| NOTFILED | NE Kids | 7100-000 | 3,964.98 | N/A | N/A | 0.00 |
| NOTFILED | Montage Furniture Services | 7100-000 | 3,026.25 | N/A | N/A | 0.00 |
| NOTFILED | Parker House Furniture | 7100-000 | 1,067.75 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes Global Financial Services | 7100-000 | 553.44 | N/A | N/A | 0.00 |
| NOTFILED | Poole Management Company | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Phillip Reinisch Company, LLC | 7100-000 | 660.00 | N/A | N/A | 0.00 |
| NOTFILED | Oriental Weavers USA, Inc. | 7100-000 | 793.80 | N/A | N/A | 0.00 |
| NOTFILED | Penske Truck Leasing | 7100-000 | 4,458.56 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Norman & Associates | 7100-000 | 2,675.76 | N/A | N/A | 0.00 |
| NOTFILED | OPC News, LLC | 7100-000 | 825.00 | N/A | N/A | 0.00 |
| NOTFILED | New Venture of Jacksonville, Inc. | 7100-000 | 1,698.75 | N/A | N/A | 0.00 |
| NOTFILED | Magnussen Home Furnishings | 7100-000 | 11,861.78 | N/A | N/A | 0.00 |
| NOTFILED | HP Financial Services | 7100-000 | 2,406.08 | N/A | N/A | 0.00 |
| NOTFILED | Jacksonville Light Bulb Delivery | 7100-000 | 1,865.75 | N/A | N/A | 0.00 |
| NOTFILED | HP Financial Services | 7100-000 | 32,530.64 | N/A | N/A | 0.00 |
| NOTFILED | Homespice Decor | 7100-000 | 881.36 | N/A | N/A | 0.00 |
| NOTFILED | Hooker Furniture Corp. | 7100-000 | 8,597.77 | N/A | N/A | 0.00 |
| NOTFILED | High Tech Commercial Cleaning | 7100-000 | 9,924.32 | N/A | N/A | 0.00 |
| NOTFILED | Hillsdale Furniture, LLC | 7100-000 | 1,090.00 | N/A | N/A | 0.00 |
| NOTFILED | Johnson & Hood, P.C. | 7100-000 | 1,865.75 | N/A | N/A | 0.00 |
| NOTFILED | L. Powell Acquisition Corp. | 7100-000 | 4,893.34 | N/A | N/A | 0.00 |
| NOTFILED | Johnson & Hood, P.C. | 7100-000 | 5,044.85 | N/A | N/A | 0.00 |
| NOTFILED | Mantua MFG Co. | 7100-000 | 255.25 | N/A | N/A | 0.00 |
| NOTFILED | Milberg Factors | 7100-000 | 2,370.21 | N/A | N/A | 0.00 |
| NOTFILED | Post-Newsweek Stations Florida, Inc. | 7100-000 | 33,181.09 | N/A | N/A | 0.00 |
| NOTFILED | Legends Furniture | 7100-000 | 634.00 | N/A | N/A | 0.00 |
| NOTFILED | Liberty Furniture Industries | 7100-000 | 1,050.00 | N/A | N/A | 0.00 |
| NOTFILED | Lane Furniture Industries, Inc. | 7100-000 | 35,518.16 | N/A | N/A | 0.00 |
| NOTFILED | Lane Furnishings | 7100-000 | 37.26 | N/A | N/A | 0.00 |
| NOTFILED | Mixon and Wiggins, LLC | 7100-000 | 182.04 | N/A | N/A | 0.00 |
| NOTFILED | River's Edge Products | 7100-000 | 910.02 | N/A | N/A | 0.00 |
| NOTFILED | PR Interactive, LLC | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Universal Furniture, Int'l | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Village Candle, Inc. | 7100-000 | 2,314.95 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Bank Equipment Finance | 7100-000 | 17,225.74 | N/A | N/A | 0.00 |
| NOTFILED | Tennessee Enterprises, Inc. | 7100-000 | 906.40 | N/A | N/A | 0.00 |
| NOTFILED | Synovus Bank | 7100-000 | 882.97 | N/A | N/A | 0.00 |
| NOTFILED | Synovus Bank | 7100-000 | 149,012.06 | N/A | N/A | 0.00 |
| NOTFILED | Warren Trucking Company, Inc. | 7100-000 | 249.86 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Retail Services | 7100-000 | 756.75 | N/A | N/A | 0.00 |
| NOTFILED | Watkins & Shepard Trucking | 7100-000 | 143.27 | N/A | N/A | 0.00 |
| NOTFILED | Winners Only | 7100-000 | 20,362.47 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Zenith Freight Lines, LLC | 7100-000 | 1,646.92 | N/A | N/A | 0.00 |
| NOTFILED | Williams Scotsman | 7100-000 | 562.13 | N/A | N/A | 0.00 |
| NOTFILED | Weillaim Meyers, CPA | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wes, Inc. | 7100-000 | 8,269.24 | N/A | N/A | 0.00 |
| NOTFILED | Wesley Allen | 7100-000 | 475.13 | N/A | N/A | 0.00 |
| NOTFILED | Synovus Bank | 7100-000 | 19,865.48 | N/A | N/A | 0.00 |
| NOTFILED | Susquehanna Commercial Finance, Inc. | 7100-000 | 2,422.79 | N/A | N/A | 0.00 |
| NOTFILED | Synovus Bank | 7100-000 | 1,328,744.97 | N/A | N/A | 0.00 |
| NOTFILED | Riverside Furniture | 7100-000 | 3,615.04 | N/A | N/A | 0.00 |
| NOTFILED | Saxon Business Systems | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hewlett-Packard Financial Services | 7100-000 | 650.84 | N/A | N/A | 0.00 |
| NOTFILED | Retail Assets, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Quill.com | 7100-000 | 1,191.70 | N/A | N/A | 0.00 |
| NOTFILED | Rest Master Bedding Company | 7100-000 | 1,502.08 | N/A | N/A | 0.00 |
| NOTFILED | Sealy Mattress Company | 7100-000 | 3,933.00 | N/A | N/A | 0.00 |
| NOTFILED | Shaw Industries | 7100-000 | 3,074.66 | N/A | N/A | 0.00 |
| NOTFILED | Security Engineering and Designs | 7100-000 | 26.70 | N/A | N/A | 0.00 |
| NOTFILED | Sullivan, Inc. | 7100-000 | 2,625.92 | N/A | N/A | 0.00 |
| NOTFILED | Sunbelt Furniture Xpress, Inc. | 7100-000 | 3,059.88 | N/A | N/A | 0.00 |
| NOTFILED | Sphinx | 7100-000 | 793.80 | N/A | N/A | 0.00 |
| NOTFILED | Southern Motion, Inc. | 7100-000 | 1,225.00 | N/A | N/A | 0.00 |
| NOTFILED | Shelba D. Johnson Trucking, Inc. | 7100-000 | 15,607.45 | N/A | N/A | 0.00 |
| NOTFILED | Southeastern Freight Lines, Inc. | 7100-000 | 168.79 | N/A | N/A | 0.00 |
| NOTFILED | Prestige Ruffled Curtains | 7100-000 | 467.40 | N/A | N/A | 0.00 |
| NOTFILED | Fouraker Mechanical Heating & Air | 7100-000 | 654.00 | N/A | N/A | 0.00 |
| NOTFILED | Heritage Lace | 7100-000 | 265.44 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American West Worldwide Express | 7100-000 | 944.58 | N/A | N/A | 0.00 |
| NOTFILED | Alexander Degance Barnet | 7100-000 | 6,404.09 | N/A | N/A | 0.00 |
| NOTFILED | Albany Industries | 7100-000 | 5,925.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Disposal Services | 7100-000 | 1,065.91 | N/A | N/A | 0.00 |
| NOTFILED | AMSCAN, Inc. | 7100-000 | 1,104.60 | N/A | N/A | 0.00 |
| NOTFILED | Aspen Home | 7100-000 | 2,649.49 | N/A | N/A | 0.00 |
| NOTFILED | Armchem Internationa. Corp. | 7100-000 | 1,202.06 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Best Chairs, Inc. | 7100-000 | 983.00 | N/A | N/A | 0.00 |
| NOTFILED | Branch Group, Inc. | 7100-000 | 591.61 | N/A | N/A | 0.00 |
| NOTFILED | Best Chairs, Inc. | 7100-000 | 20,730.70 | N/A | N/A | 0.00 |
| NOTFILED | BB&T Commercial Finance | 7100-000 | 27,137.78 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 112.31 | N/A | N/A | 0.00 |
| NOTFILED | Ayr1 | 7100-000 | 499.00 | N/A | N/A | 0.00 |
| NOTFILED | Brandon Pest Control | 7100-000 | 684.30 | N/A | N/A | 0.00 |
| NOTFILED | Broyhill Furniture Industries | 7100-000 | 109,836.78 | N/A | N/A | 0.00 |
| NOTFILED | First Insurance Funding, Corp. | 7100-000 | 3,531.85 | N/A | N/A | 0.00 |
| NOTFILED | Florida Capital Bank, N.A. | 7100-000 | 1,445,850.45 | N/A | N/A | 0.00 |
| NOTFILED | ExxonMobil Universal Card | 7100-000 | 6,891.03 | N/A | N/A | 0.00 |
| NOTFILED | Estate of Jose S. Lantigua | 7100-000 | 1,089,167.44 | N/A | N/A | 0.00 |
| NOTFILED | DSA Factors | 7100-000 | 857.84 | N/A | N/A | 0.00 |
| NOTFILED | England, Inc. | 7100-000 | 23,662.53 | N/A | N/A | 0.00 |
| NOTFILED | Florida Capital Bank, N.A. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Florida Sales Unlimited, Inc. | 7100-000 | 798.00 | N/A | N/A | 0.00 |
| NOTFILED | Florida Sales Unlimited, Inc. | 7100-000 | 779.49 | N/A | N/A | 0.00 |
| NOTFILED | Ganz USA, LLC | 7100-000 | 493.80 | N/A | N/A | 0.00 |
| NOTFILED | GPM Associates | 7100-000 | 2,317.72 | N/A | N/A | 0.00 |
| NOTFILED | Furniture Values | 7100-000 | 2,646.49 | N/A | N/A | 0.00 |
| NOTFILED | Furniture Traditions | 7100-000 | 3,896.00 | N/A | N/A | 0.00 |
| NOTFILED | Florida Times-Union | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| NOTFILED | Forbes Custom Products | 7100-000 | 2,317.72 | N/A | N/A | 0.00 |
| NOTFILED | Driver Mcafee Griggs & Peek, PA | 7100-000 | 16,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Crystal Springs | 7100-000 | 70.96 | N/A | N/A | 0.00 |
| NOTFILED | Dimplex North America, Ltd. | 7100-000 | 1,424.85 | N/A | N/A | 0.00 |
| NOTFILED | CIT Group | 7100-000 | 32,795.06 | N/A | N/A | 0.00 |
| NOTFILED | City of Jacksonville | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Cisco, Inc. | 7100-000 | 3,074.66 | N/A | N/A | 0.00 |
| NOTFILED | Cintas | 7100-000 | 125.73 | N/A | N/A | 0.00 |
| NOTFILED | Capital Bankcard | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 21,443.94 | N/A | N/A | 0.00 |
| NOTFILED | Classy Art Wholesalers, Inc. | 7100-000 | 2,304.89 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 23,805.62 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Comcast | 7100-000 | 121.32 | N/A | N/A | 0.00 |
| NOTFILED | Cox Media Group | 7100-000 | 12,599.50 | N/A | N/A | 0.00 |
| NOTFILED | Cramco, Inc. | 7100-000 | 746.52 | N/A | N/A | 0.00 |
| NOTFILED | Cox Media Group | 7100-000 | 459.00 | N/A | N/A | 0.00 |
| NOTFILED | Copytronics | 7100-000 | 1,180.98 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 30,339.66 | N/A | N/A | 0.00 |
| NOTFILED | Communications Solutions, Inc. | 7100-000 | 746.52 | N/A | N/A | 0.00 |
| NOTFILED | Griffis Gas | 7100-000 | 1,985.22 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $4,687,223.07 | $3,590,763.27 | $3,590,763.27 | $140,899.38 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 3:13-07013-JAF-3F7  
**Case Name:** CIRCLE K FURNITURE, LLC  

**Trustee:** (290170) VALERIE HALL MANUEL  
**Filed (f) or Converted (c):** 11/26/13 (f)  
**§341(a) Meeting Date:** 12/26/13  

**Period Ending:** 02/09/15  
**Claims Bar Date:** 03/20/14  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   SYNOVUS BANK PRO BUSINESS C/A #1433 | 328.78 | 0.00 | | 0.00 | FA |
| 2   SYNOVUS BANK PRO BUSINESS C/A #9553 | 4,174.99 | 0.00 | | 0.00 | FA |
| 3   FLORIDA CAPITAL BANK SMALL BUSINESS ACCOUNT | 574.82 | 0.00 | | 0.00 | FA |
| 4   FLORIDA CAPITAL BANK SMALL BUSINESS TAX ACCT. | 0.00 | 0.00 | | 0.00 | FA |
| 5   FLORIDA CAPITAL BANK SMALL BUSINESS ACCT. | 0.00 | 0.00 | | 0.00 | FA |
| 6   FLORIDA CAPITAL BANK SMALL BUSINESS MM ACCT. | 0.00 | 0.00 | | 0.00 | FA |
| 7   TRAVELERS PROPERTY AND CASUALTY | 0.00 | 0.00 | | 0.00 | FA |
| 8   NET PROCEEDS DUE FROM PFP, INC.  Note: A portion of these monies belong to Circle K Furniture-Avenues, LLC and will be apportioned. See Asset #13 where apportioned funds were taken from Circle K , LLC and deposited to Circle K, Avenues. | Unknown | 30,067.21 | | 30,067.21 | FA |
| 9   AMERICAN FURNITURE INDUSTRIES, LLC A/R | Unknown | 0.00 | | 0.00 | FA |
| 10  RETAINER HELD BY MILAM, HOWARD, ETC., P.A. | 692.88 | 692.88 | | 692.88 | FA |
| 11  WILLIAM CRUMBLEY CHECK | 130.00 | 130.00 | | 0.00 | FA |
| 12  TRAVELERS PROPERTY CASUALTY CHECK | 4,448.62 | 4,448.62 | | 0.00 | FA |
| 13  STUTSMAN, THAMES & MARKEY TRUST ACCOUNT  Note: A portion of these monies belong to Circle K Furniture-Avenues, LLC and will be apportioned. See "Other Costs"-$94,990.25 | 226,002.76 | 131,012.51 | | 226,002.76 | FA |
| 14  JASON PROVENCHER TRAILER PURCHASE | 700.00 | 700.00 | | 0.00 | FA |
| 15  PEAK 10 DATA CENTER SOLUTIONS  Note: A portion of these monies belong to Circle K Furniture-Avenues, LLC and will be apportioned. | 6,250.00 | 0.00 | | 0.00 | FA |
| 16  RETAIL STORE BUSINESS LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 17  PUBLIC SERVICE/REPAIR BUSINESS LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 18  COMPUTERS, SOFTWARE, FIXTURES & | 2,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 3:13-07013-JAF-3F7  **Trustee:** (290170) VALERIE HALL MANUEL
**Case Name:** CIRCLE K FURNITURE, LLC  **Filed (f) or Converted (c):** 11/26/13 (f)
　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:** 12/26/13
**Period Ending:** 02/09/15  **Claims Bar Date:** 03/20/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| EQUIPMENT | | | | | |
| 18  Assets  Totals (Excluding unknown values) | $245,302.85 | $167,051.22 | | $256,762.85 | $0.00 |

**Major Activities Affecting Case Closing:**

　　09/30/14: The Trustee is still liquidating assets. Once all assets are liquidated and estate tax returns filed and approved, the Trustee will be able to file her TFR.

　　03/24/14: Claims have been reviewed with objections filed.

**Initial Projected Date Of Final Report (TFR):**　　December 31, 2014　　**Current Projected Date Of Final Report (TFR):**　　November 8, 2014  (Actual)

Printed: 02/09/2015 07:08 AM　　V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 3:13-07013-JAF-3F7  
**Case Name:** CIRCLE K FURNITURE, LLC  
**Taxpayer ID #:** **-***0297  
**Period Ending:** 02/09/15  

**Trustee:** VALERIE HALL MANUEL (290170)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6066 - Checking Account  
**Blanket Bond:** $32,583,498.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/24/13 | {13} | STUTSMAN, THAMES & MARKEY, P.A. | COLLECTION OF MONIES HELD IN DEBTOR'S ATTORNEY'S TRUST ACCOUNT ASSET #13 | 1129-000 | 226,002.76 | | 226,002.76 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.17 | 225,948.59 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 335.82 | 225,612.77 |
| 02/10/14 | {10} | MILAM, HOWARD, ETC., P.A. TRUST ACCOUNT | TURNOVER OF RETAINER REFUND ASSET #10 | 1129-000 | 692.88 | | 226,305.65 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 303.44 | 226,002.21 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 314.23 | 225,687.98 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 346.28 | 225,341.70 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 324.12 | 225,017.58 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 312.86 | 224,704.72 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 355.55 | 224,349.17 |
| 08/07/14 | {8} | PLANNED FURNITURE PROMOTIONS, INC. | FINAL DISTRIBUTION OF FUNDS HELD BY LIQUIDATOR ASSET #8 | 1129-000 | 30,067.21 | | 254,416.38 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 342.20 | 254,074.18 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 389.81 | 253,684.37 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 377.04 | 253,307.33 |
| 11/10/14 | 101 | Circle K. Furniture-Avenues, LLC | Allocation of Funds from Circle K. Furniture, LLC | 8500-002 | | 94,990.25 | 158,317.08 |
| 01/23/15 | 102 | Valerie Hall Manuel | Dividend paid 100.00% on $11,338.63, Trustee Compensation; Reference: | 2100-000 | | 11,338.63 | 146,978.45 |
| 01/23/15 | 103 | Valerie Hall Manuel | Dividend paid 100.00% on $573.59, Trustee Expenses; Reference: | 2200-000 | | 573.59 | 146,404.86 |
| 01/23/15 | 104 | Jerrett M. McConnell, Esquire | Dividend paid 100.00% on $3,840.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 3,840.00 | 142,564.86 |
| 01/23/15 | 105 | Jerrett M. McConnell, Esquire | Dividend paid 100.00% on $13.18, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 13.18 | 142,551.68 |
| 01/23/15 | 106 | Steven M. Vanderwilt, CPA | Dividend paid 100.00% on $1,631.90, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,631.90 | 140,919.78 |
| 01/23/15 | 107 | Steven M. Vanderwilt, CPA | Dividend paid 100.00% on $20.40, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 20.40 | 140,899.38 |
| 01/23/15 | 108 | The CIT Group/Commercial Services, Inc. | Dividend paid 3.92% on $34,157.32; Claim# 1; Filed: $34,157.32; Reference: | 7100-000 | | 1,340.32 | 139,559.06 |
| 01/23/15 | 109 | BB&T Commercial Finance | Dividend paid 3.92% on $26,519.00; Claim# 3; Filed: $26,519.00; Reference: | 7100-000 | | 1,040.59 | 138,518.47 |
| 01/23/15 | 110 | Southern Motion, Inc. | Dividend paid 3.92% on $46,626.03; Claim# | 7100-000 | | 1,829.58 | 136,688.89 |

Subtotals :    $256,762.85    $120,073.96

{} Asset reference(s)

Printed: 02/09/2015 07:08 AM    V.13.21

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 3:13-07013-JAF-3F7 | **Trustee:** VALERIE HALL MANUEL (290170) |
| **Case Name:** CIRCLE K FURNITURE, LLC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******6066 - Checking Account |
| **Taxpayer ID #:** **-***0297 | **Blanket Bond:** $32,583,498.00   (per case limit) |
| **Period Ending:** 02/09/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 4; Filed: $46,626.03; Reference: | | | | |
| 01/23/15 | 111 | England, Inc. | Dividend paid  3.92% on $24,109.04; Claim# 5; Filed: $24,109.04; Reference: | 7100-000 | | 946.02 | 135,742.87 |
| 01/23/15 | 112 | Penske Truck Leasing Co., L.P. | Dividend paid  3.92% on $8,245.88; Claim# 6; Filed: $8,245.88; Reference: | 7100-000 | | 323.56 | 135,419.31 |
| 01/23/15 | 113 | Brandon Pest Control | Dividend paid  3.92% on $699.80; Claim# 7; Filed: $699.80; Reference: | 7100-000 | | 27.46 | 135,391.85 |
| 01/23/15 | 114 | Rest Master Bedding Company | Dividend paid  3.92% on $1,692.08; Claim# 8; Filed: $1,692.08; Reference: | 7100-000 | | 66.40 | 135,325.45 |
| 01/23/15 | 115 | Florida Department of Revenue | Dividend paid  3.92% on $71,992.58; Claim# 9A; Filed: $71,992.58; Reference: | 7100-000 | | 2,824.95 | 132,500.50 |
| 01/23/15 | 116 | Vintage Candle, Inc. | Dividend paid  3.92% on $2,384.24; Claim# 10; Filed: $2,384.24; Reference: | 7100-000 | | 93.56 | 132,406.94 |
| 01/23/15 | 117 | DeGance Barnett, P.A. | Dividend paid  3.92% on $6,404.87; Claim# 11; Filed: $6,404.87; Reference: | 7100-000 | | 251.32 | 132,155.62 |
| 01/23/15 | 118 | Florida Capital Bank, N.A. | Dividend paid  3.92% on $1,346,961.71; Claim# 12; Filed: $1,346,961.71; Reference: | 7100-000 | | 52,853.96 | 79,301.66 |
| 01/23/15 | 119 | U.S. Bank Equipment Finance | Dividend paid  3.92% on $14,354.78; Claim# 13; Filed: $14,354.78; Reference: | 7100-000 | | 563.27 | 78,738.39 |
| 01/23/15 | 120 | Susquehanna Commercial Finance, Inc. | Dividend paid  3.92% on $12,896.60; Claim# 14; Filed: $12,896.60; Reference: | 7100-000 | | 506.05 | 78,232.34 |
| 01/23/15 | 121 | Post-Newsweek Stations Florida, Inc. | Dividend paid  3.92% on $29,717.70; Claim# 15; Filed: $29,717.70; Reference: | 7100-000 | | 1,166.10 | 77,066.24 |
| 01/23/15 | 122 | Sunbelt Furniture Xpress, Inc. | Dividend paid  3.92% on $3,014.66; Claim# 16; Filed: $3,014.66; Reference: | 7100-000 | | 118.29 | 76,947.95 |
| 01/23/15 | 123 | First Insurance Funding Corp. | Dividend paid  3.92% on $3,395.03; Claim# 17; Filed: $3,395.03; Reference: | 7100-000 | | 133.22 | 76,814.73 |
| 01/23/15 | 124 | Furniture Traditions | Dividend paid  3.92% on $5,646.00; Claim# 18; Filed: $5,646.00; Reference: | 7100-000 | | 221.55 | 76,593.18 |
| 01/23/15 | 125 | Synovus Bank | Dividend paid  3.92% on $150,332.47; Claim# 19; Filed: $150,332.47; Reference: | 7100-000 | | 5,898.96 | 70,694.22 |
| 01/23/15 | 126 | Synovus Bank | Dividend paid  3.92% on $1,801,613.48; Claim# 20; Filed: $1,801,613.48; Reference: | 7100-000 | | 70,694.22 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 256,762.85 | 256,762.85 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 256,762.85 | 256,762.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$256,762.85** | **$256,762.85** | |

{} Asset reference(s)

Printed: 02/09/2015 07:08 AM     V.13.21

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 3:13-07013-JAF-3F7 | | Trustee: | VALERIE HALL MANUEL (290170) |
|---|---|---|---|---|
| Case Name: | CIRCLE K FURNITURE, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******6066 - Checking Account |
| Taxpayer ID #: | **-***0297 | | Blanket Bond: | $32,583,498.00  (per case limit) |
| Period Ending: | 02/09/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| | | | **Checking # ******6066** | | 256,762.85 | 256,762.85 | 0.00 |
| | | | | | $256,762.85 | $256,762.85 | $0.00 |

{} Asset reference(s)

Printed: 02/09/2015 07:08 AM    V.13.21